A. Raymond Hamrick, III, (State Bar No. 93821)
Martin J. Barab (State Bar No. 47419)
**HAMRICK & EVANS, LLP**
111 Universal Hollywood Drive, Suite 2200
Universal City, California 91608
Telephone:  (818) 763-5292
Facsimile:   (818) 763-2308

Attorneys for Plaintiff and Counter-Defendant
HANNIBAL PICTURES, INC., a California
Corporation

BROWNE WOODS GEORGE LLP
Eric M. George (No. 166403)
Gene F. Williams (No. 211390)
2121 Avenue of the Stars, 24th Floor
Los Angeles, CA  90067
Telephone:  310.274.7100
Facsimile:  310.275.5697
Email:  egeorge@bwgfirm.com
            gwilliams@bwgfirm.com

Attorneys for Defendants
Sonja Productions LLC,
Sonja Tremont-Morgan, and Counter-Claimant
Sonja Productions LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HANNIBAL PICTURES, INC., a California corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>SONJA PRODUCTIONS LLC, a Delaware limited liability company; SONJA TREMONT-MORGAN, an individual; and DOES 1 through 10, inclusive;,<br><br>                    Defendant.<br><br>AND RELATED CROSS-ACTION | CASE NO. CV06-1814 WDK (VBKx) Assigned for all Purposes to Judge William D. Keller<br><br>[Removed from the Superior Court for the County of Los Angeles, Case No. BC348012]<br><br>**AMENDED JOINT TRIAL EXHIBIT LIST**<br><br>Discovery Cutoff:  February 28, 2007<br>Motion Cutoff:     March 12, 2007<br>Trial:                    May 15, 2007 |

228332_1.DOC

Following pretrial proceedings, pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16, the parties hereby submit their joint list of exhibits the parties expect to offer at trial other than those to be used for impeachment or rebuttal.  The parties agree that inclusion of an exhibit on this list does not constitute a waiver by that party of any objection to such an exhibit (if offered by the other party).

| NO. | IDENT. | EVID. | DESCRIPTION |
|---|---|---|---|
| 1. | | | Sonja Productions Daily Variety Advertisement (HP 00036 – HP 00041) |
| 2. | | | Official website for Sonja Productions, LLC (HP 00026 – HP00041) |
| 3. | | | Sonja Productions, LLC's Business Plan |
| 4. | | | "Fast Flash to Bang Time" Script |
| 5. | | | Budget Information for "Fast Flash to Bang Time" (HP 00547 – HP 00551) |
| 6. | | | Sonja Productions, LLC – Production Time & Revenue Time Schedule (SP 10279 – SP 10280) |
| 7. | | | Sonja Productions, LLC – Cash Flow Plan & Expense Information  (SP 10281 – SP 10283) |
| 8. | | | Budget Sheets for 2006 through 2009 (SP 10284 – SP 10290) |
| 9. | | | Senior Secured Note (SP 10291 – SP 10292) |
| 10. | | | Sonja Productions, LLC Separate Series A – Limited Liability Company Membership Interests (SP 10293 – SP 10299) |
| 11. | | | Script for "The Marsh" (SP 10235 – SP 10278) |
| 12. | | | Cash Flow Plan for "The Marsh" |
| 13. | | | Undated correspondence from Global Cinema Group to Norstar Filmed Entertainment re: "The Marsh" |
| 14. | | | Exhibit A – Delivery Requirements for "The Marsh" |
| 15. | | | Exhibit D – Lab Access Letter for "The Marsh" |
| 16. | | | Development Costs to Date & Development Financing  in Budget for "The Marsh" |
| 17. | | | Global Cinema Group – Foreign Sales Schedule |

AMENDED JOINT TRIAL EXHIBIT LIST

| | | | |
|---|---|---|---|
| | | | for "The Marsh" |
| 18. | | | Business Checking Account information from City National Bank for Sonja Productions (SP 10381 – SP 10392) |
| 19. | | | Statement of Account information from National Bank of California (SP 10393 – SP10400) |
| 20. | | | Banking Summary from JP Morgan Private Bank (SP 10340 – SP 10400) |
| 21. | | | Document from Wells Fargo indicating a charge on account (HP 00108) |
| 22. | | | Correspondence from Wells Fargo Bank indicating delaying availability of funds (HP 00005 – HP 00007) |
| 23. | | | Banking Information from Royal Bank of America |
| 24. | | | Handwritten Notes re: banking info (SM-0413 – SM-0415) |
| 25. | | | Misc. Credit Payment Sheet |
| 26. | | | Verification Statement – Ontario: Financing Statement/Claim for Lien |
| 27. | | | Misc. Handwritten Notes (DB15075 & DB15096) |
| 28. | | | Official Website of Silvio Sardi Communication (HP 00051 – HP 00054) |
| 29. | | | Undated correspondence from Silvio Sardi to Directors of Sonja Productions, LLC re: Start-up of Company (SP 10169 – SP 10171) |
| 30. | | | Additional correspondence from Silvio Sardi to Directors of Sonja Productions, LLC re: Start-up of Company w/budget information attached (SP 10190 – SP 10195) |
| 31. | | | 6/22/99 – Operating Agreement of Stam Colorado LLC, A Colorado Limited Liability Company (SP 10001 – SP 10028) |
| 32. | | | 5/14/04 – AFMA International Multiple Rights Distribution Agreement between Hannibal Pictures and New Films International for "Fast Flash to Bang Time" |
| 33. | | | 5/15/04 – AFMA International Multiple Rights Distribution Agreement between Hannibal |

3

AMENDED JOINT TRIAL EXHIBIT LIST

| | | | |
|---|---|---|---|
| | | | Pictures and SPI International for "Fast Flash to Bang Time" |
| 34. | | | 5/17/04 – AFMA International Outright Distribution Agreement between Hannibal Pictures and Interplus International Limited for "Fast Flash to Bang Time" |
| 35. | | | 10/11/04 – Deal Memo for "Fast Flash to Bang Time" (HP 00616 – HP 00617) |
| 36. | | | 5/27/05 – Letter of Amendment between Hannibal Pictures and SPI International for "Fast Flash to Bang Time" |
| 37. | | | 5/27/05 – "Fast Flash to Bang Time" – Day Out of Days Report for Cast Members (HP 00232 – HP 00238) |
| 38. | | | 8/10/05 – Correspondence from Donald A. Barton to John Travolta re: "Fast Flash to Bang Time" (HP 00013 – HP 00014) |
| 39. | | | 8/26/05 – Limited Liability Company Agreement of Sonja Productions LLC |
| 40. | | | 8/26/05 – Separate Series Agreement of Sonja Productions LLC |
| 41. | | | Sonja Productions LLC – Business Plan (SP 10118 – SP 10144) |
| 42. | | | 9/1/05 – Correspondence from Hannibal Pictures to W. Peter Iliff re: Fast Flash to Bang Time" (HP 00619) |
| 43. | | | 9/1/05 – Correspondence to Adam Levine re: "Fast Flash to Bang Time" – Peter Iliff w/ Deal Memo attached (HP 00618) |
| 44. | | | 9/1/05 – Office Lease for Sonja Productions (SP 10401 – SP 10417) |
| 45. | | | 9/30/05 – Trial Balance for Sonja Productions |
| 46. | | | 9/30/05 – Balance Sheet for Sonja Productions |
| 47. | | | 9'05 – 12'05 – Profit & Loss Budget vs. Actual for Sonja Productions |
| 48. | | | 10/31/05 – Correspondence from Marshville Productions to Michael Goldman re: "The Marsh" Forest Whitaker |
| 49. | | | 10/31/05 – Correspondence from Sonja Productions to Michael Goldman and Philip |

| | | | |
|---|---|---|---|
| | | | Davis re: "The Marsh" – Promotional Services of Forest Whitaker |
| 50. | | | 11/4/05 – Letter of Amendment between Hannibal Pictures and New Films International for "Fast Flash to Bang Time" |
| 51. | | | 11/10/05 – Email correspondence between Richard Rionda and Silvio Sardi re: Follow up (DB15104) |
| 52. | | | 11/10/05 – SEQ Chapter /h /r 1 Assignment of Rights Deal Memo "Fast Flash to Bang Time" between Hannibal Pictures and Sonja Productions (HP 00540 – HP 00542) |
| 53. | | | 11/10/05 – Motion Picture Sales Agent Agreement (Draft) between Sonja Productions and Hannibal Pictures (HP 00249 – HP 00260) |
| 54. | | | 11/11/05 – Email correspondence from Don Barton to Sonja Morgan, Silvio Sardi and Richard Rionda re: Fast Flash acquisition deal memo w/deal memo attached (HP 00539 – HP 00542) |
| 55. | | | 11/11/05 – Email correspondence between Richard Rionda and Silvio Sardi re: Follow up (HP 00055 – HP 00056) |
| 56. | | | 11/11/05 – Correspondence from Richard Rionda to Sonja Morgan re: Enclosures of screenplays |
| 57. | | | 11/14/05 – Correspondence to Sonja Productions and Norstar Filmed Entertainment confirming the understanding between Sonja Productions and Norstar for "The Marsh" |
| 58. | | | 11/14/05 – Amendment to Distribution Agreement between Norstar Entertainment and Sonja Productions |
| 59. | | | 11/15/05 – Email correspondence from Richard Rionda to Alan Lee re: New Independent Production Entertainment Company (HP 00543) |
| 60. | | | 11/15/05 – Credit Agreement among Marshville Productions (as borrower), Norstar Filmed Entertainment (as Guarantor) and National Bank of Canada (as Lender) |

AMENDED JOINT TRIAL EXHIBIT LIST

| 61. | | | 11/15/05 – Interoffice Memorandum to Sonja Morgan, Silvio Sardi and Donald Barton from Daphne Park re: "The Marsh"/Development Costs |
| 62. | | | 11/16/05 – Fax cover sheet from Jacqueline Yong to Silvio Sardi re: Signature card |
| 63. | | | 11/16/05 – Correspondence from Sonja Productions, LLC to JP Morgan/Chase Bank re: Wire Transfer |
| 64. | | | 11/18/05 – Email correspondence from Sonja Productions to Don Barton re: Deal Memo Fast Flash to Bang Time (DB15085) |
| 65. | | | 11/18/05 – Email correspondence from Silvio Sardi to Don Barton re: Deal Memo Fast Flash to Bang Time (DB15090) |
| 66. | | | 11/18/05 – Correspondence from JP Morgan Private Bank to National Bank of Canada re: Confirmation for Sonja Productions, LLC |
| 67. | | | 11/21/05 – Email correspondence between Silvio Sardi and Donald Barton re: Deal Memo Fast Flash to Bang Time (DB15086 – DB15087) |
| 68. | | | 11/21/05 – Email correspondence between Don Barton and Silvio Sardi re: Status Sonja Productions, LLC (DB15088 – DB15089) |
| 69. | | | 11/22/05 – Correspondence from eFilm Worldwide LLC to Sonja Productions re: El Camino Del Diablo |
| 70. | | | 11/22/05 – Correspondence from eFilm Worldwide LLC to Sonja Productions re: "The Marsh: |
| 71. | | | 11/23/05 – Collection Account Management Agreement for "The Marsh" |
| 72. | | | 12/1/05 – Email correspondence from Souwester@aol.com to Don Barton re: "Devil's Highway" (DB15084) |
| 73. | | | 12/2/05 – Correspondence from Caritas Island to Sonja Productions (signed by John Morgan) re: transfer of money represents a shareholder loan (SP 10183) |
| 74. | | | 12/2/05 – Email correspondence between Silvio |

| | | | | |
|---|---|---|---|---|
| | | | | Sardi and Richard Rionda re: Proposal |
| | 75. | | | 12/3/05 – Correspondence signed by Sonja Morgan stating John Morgan loaned money to Sonja Productions LLC (SP 10184) |
| | 76. | | | 12/5/05 – Correspondence from City National Bank to Norstar Filmed Entertainment re: Sonja Productions (confirmation of balance) SP 10384 |
| | 77. | | | 12/5/05 – Email correspondence between Richard Rionda and Silvio Sardi re: Proposal (HP 00545) |
| | 78. | | | 12/5/05 – Email correspondence between Don Barton and Silvio Sardi re: Slate Sonja Productions (DB15130 – DB15131) |
| | 79. | | | 12/6/05 – Email correspondence from Don Barton to Richard Rionda re: SP – Han Fast Flash w/Deal Memo Attached (DB15077 – DB15081) |
| | 80. | | | 12/9/05 – Email correspondence from Don Barton to Richard Rionda and Sonja Morgan re: FF-JT (DB15074) |
| | 81. | | | 12/10/05 – Exhibit 7 to the Master Multiple Film License Agreement dated 2/28/04 |
| | 82. | | | 12/10/05 – Email correspondence from Sonja Morgan to Richard Rionda re: Actress for the fbang movie |
| | 83. | | | 12/12/05 – Email correspondence between Sonja Morgan and Richard Rionda re: Actress for the fbang movie |
| | 84. | | | 12/12/05 – AFMA International Multiple Rights Distribution Agreement between Marco Polo Production Sarl and Monolith Films Ltd. For "Fast Flash to Bang Time" |
| | 85. | | | 12/12/05 – AFMA International Multiple Rights Distribution Agreement between Hannibal Pictures and 21 Entertainment Corp. |
| | 86. | | | 12/12/05 – Email correspondence between Richard Rionda and Sonja Morgan and Silvio Sardi re: Actress for the fbang movie (DB15072 – DB15073) |
| | 87. | | | 12/13/05 – AFMA International Outright |

AMENDED JOINT TRIAL EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| | | | | Distribution Agreement between Hannibal Pictures and Multi Vista Film for "Fast Flash to Bang Time" |
| 88. | | | | 12/13/05 – Correspondence from Sonja Morgan to City National Bank re: Wire Transfer |
| 89. | | | | 12/14/05 – AFMA International Outright Distribution Agreement between Krisolta Film and TV (UK) Ltd. And Spentzos Film SA for "Fast Flash to Bang Time" |
| 90. | | | | 12/14/05 – Email correspondence Sonja Morgan and Richard Rionda re: Actress for the Fast Flash movie |
| 91. | | | | 12/14/05 – Email correspondence from Sonja Morgan to Richard Rionda re: More women leads |
| 92. | | | | Fax cover sheet to Silvio Sardi/Sonja Morgan re: "The Marsh" |
| 93. | | | | 12/15/05 – Fax cover sheet from Silvio Sardi to Peter Simpson w/attached invoices and payment instruction |
| 94. | | | | 12/15/05 – Fax cover sheet from Sonja Morgan to Jacqueline Yong re: Conversion from USD/Transfer of /Funds |
| 95. | | | | 12/15/05 – Fax cover sheet from Dina Leal to Daphne Park re: Transfer of Funds |
| 96. | | | | 12/16/05 – Correspondence from Richard Rionda to Sonja Morgan and Silvio Sardi re: Investment Proposal – "Chasing the Dragon" (DB15063 – DB15064) |
| 97. | | | | 12/16/05 – Correspondence from Peter Iliff to Mr. Travolta re: Director's Vision for "Fast Flash to Bang Time" (DB15057 – DB15061) |
| 98. | | | | 12/17/05 – Email correspondence from Richard Rionda to Don Barton re: Peter's Vision (DB15056) |
| 99. | | | | 12/21/05 – Email correspondence between Richard Rionda and Silvio Sardi re: Proposal 2 (DB15055) |
| 100. | | | | 12/23/05 – Promissory Note signed by Sonja Morgan |

228332_1.DOC

8

AMENDED JOINT TRIAL EXHIBIT LIST

| | | | |
|---|---|---|---|
| 101. | | | 12/27/05 – Email correspondence between Richard Rionda and Silvio Sardi re: Proposal 2 (HP 00554) |
| 102. | | | 12/31/05 – Sonja Productions General Ledger (SM-0509 – SM-0521) |
| 103. | | | 1/2/06 – Email correspondence from Silvio Sardi to Richard Rionda re: Fast Flash to Bang Time (DB15048) |
| 104. | | | 1/3/06 – Email correspondence between Richard Rionda and Silvio Sardi re: Fast Flash to Bang Time |
| 105. | | | 1/3/06 – Email correspondence between Silvio Sardi, Richard Rionda and Don Barton re: Fast Flash to Bang Time (HP 00555) |
| 106. | | | 1/4/06 – Correspondence from Cam Cannon to Silvio Sardi re: "Fast Flash to Bang Time" – Financial Projection (HP 00572 – HP 00574) |
| 107. | | | 1/5/06 – Email correspondence between Richard Rionda and Silvio Sardi re: Draft revised FF (HP 00571) |
| 108. | | | 1/5/06 – Email correspondence between Richard Rionda and Silvio Sardi re: Draft Revised FF (DB15047) |
| 109. | | | 1/5/06 – AFMA International Outright Distribution Agreement between Hannibal Pictures and Eagle Films USA for "Fast Flash to Bang Time" |
| 110. | | | 1/5/06 – AFMA International Multiple Rights Distribution Agreement between Marco Polo Production SARL and Antonio Fernandes Filmes for "Fast Flash to Bang Time" |
| 111. | | | 1/5/06 – AFMA International Outright Distribution Agreement between Hannibal Pictures and IFD for "Fast Flash to Bang Time" |
| 112. | | | 1/6/06 – Deed of Trust, Security Agreement and First Amendment to Operating Agreement of Stam Colorado LLC (SP 10300 – SP 10338) |
| 113. | | | 1/7/06 – Correspondence from Cam Cannon to Silvio Sardi re: "Fast Flash to Bang Time" – Financial Projection w/ financial projection sheet |

AMENDED JOINT TRIAL EXHIBIT LIST

| | | | |
|---|---|---|---|
| | | | attached (DB15045 – DB15046) |
| 114. | | | 1/7/06 – Email correspondence from Don Barton to Sonja Morgan and Silvio Sardi re: SP slate status (SM-0844) |
| 115. | | | 1/9/06 – Agreement between Sonja Productions, LLP and Hannibal Pictures for "Fast Flash to Bang Time" (HP 00582 – HP 00586) |
| 116. | | | 1/9/06 – Amendment to Agreement dated January 9, 2006 between Sonja Productions and Hannibal Pictures (effective January 25, 2006) |
| 117. | | | 1/9/06 – AFMA International Multiple Rights Distribution Agreement between Marco Polo Production Sarl and Lusomundo Audiovisuais S.A. for "Fast Flash to Bang Time" |
| 118. | | | 1/10/06 – Email correspondence from Richard Rionda to Silvio Sardi re: Hannibal – Sonja (HP 00575) |
| 119. | | | 1/10/06 – Email correspondence between Richard Rionda, Chani Aranguren and Don Barton re: Sonja Productions – Logo |
| 120. | | | 1/11/06 – Email correspondence from Richard Rionda to Sonja Morgan re: FF – CD |
| 121. | | | 1/11/06 – Email correspondence from Sonja Productions to Don Barton re: SP slate status |
| 122. | | | 1/11/06 – Correspondence from John A. Morgan to Sonja Productions re: Resigning from the Board of Directors |
| 123. | | | 1/11/06 – Email correspondence between Richard Rionda and Silvio Sardi re: FF deal memo (HP 00580 – HP 00581) |
| 124. | | | 1/11/06 – Email correspondence between Richard Rionda to Silvio Sardi re: "Fast Flash to Bang Time" |
| 125. | | | 1/11/06 – Memo from Pemrick/Fronk Casting to Richard Rionda re: Idea list for the role of "Marilyn Penser" in the feature film "Fast Flash to Bang Time" (HP 00578) |
| 126. | | | 1/11/06 – Email correspondence from Richard Rionda to Silvio Sardi re: Female actress list – FF (HP 00577) |

AMENDED JOINT TRIAL EXHIBIT LIST

| | | | |
|---|---|---|---|
| 127. | | | 1/11/06 – Email correspondence from Don Barton to Silvio and Richard re: Missed conf. call (HP 00576) |
| 128. | | | 1/12/06 – Email correspondence between Richard Rionda and Silvio Sardi re: Logo – Sonja Productions (HP 00592) |
| 129. | | | 1/12/06 – Email correspondence between Richard Rionda and Jonathan Collins re: Graphic Designer (HP 00595 – HP 00596) |
| 130. | | | 1/14/06 – Email correspondence between Richard Rionda and Sonja Morgn re FF-CD |
| 131. | | | 1/15/06 – AFMA International Outright Distribution Agreement between Hannibal Pictures and Negro & Azul for "Fast Flash to Bang Time" |
| 132. | | | 1/16/06 – Email correspondence between Richard Rionda and Silvio Sardi re: "Fast Flash to Bang Time" (HP 00597) |
| 133. | | | 1/16/06 – Distribution License Agreement between Hannibal Pictures and Norkisk Film |
| 134. | | | 1/17/06 – Invoice to Sonja Productions (HP 00105) |
| 135. | | | 1/18/06 – Email correspondence between Richard Rionda, Sonja Morgan and Silvio Sardi re: FF-CD (HP 00598 – HP 00599) |
| 136. | | | 1/19/06 – Email correspondence between Richard Rionda and Sonja Morgan re: FF – CD (HP 00609 – HP 00610) |
| 137. | | | 1/20/06 – Email correspondence between Richard Rionda, Sonja Morgan and Silvio Sardi re: FF – CD |
| 138. | | | 1/23/06 – Cover letter to Richard Rionda from Silvio Sardi enclosing fully executed contract (HP 00097 – HP 00104) |
| 139. | | | 1/23/06 – Email correspondence between Richard Rionda, Sonja Morgan and Silvio Sardi re: FF – CD (HP 00600 – 00601) |
| 140. | | | 1/24/06 – Email correspondence from Richard Rionda to Silvio Sardi re: Fast Flash (HP 00602) |
| 141. | | | 1/24/06 – Email correspondence between Silvio |

AMENDED JOINT TRIAL EXHIBIT LIST

| | | | |
|---|---|---|---|
| | | | Sardi and Richard Rionda re: Fast Flash (DB15017) |
| 142. | | | 1/24/06 – General Assignment Agreement between Hannibal, Richard Rionda Del Castro and Patricia Eberle |
| 143. | | | 1/26/06 – Correspondence from Jonathan Collins to Silvio Sardi re: "Fast Flash to Bang Time" (HP 00062) |
| 144. | | | 1/27/06 – Email correspondence between Richard Rionda, Mike Ossi and Don Barton re: Rosario Dawson |
| 145. | | | 1/27/06 – Email correspondence between Richard Rionda, Don Barton, Randi Michel and Peter Iliff re: Rosario Dawson/Fast Flash |
| 146. | | | 1/27/06 – Email correspondence from Richard Rionda to Michael Levine re: Fast Flash (HP 00096) |
| 147. | | | 1/27/06 – Email correspondence between Richard Rionda and Peter Iliff re: Rosario Dawson/Fast Flash (HP 00095) |
| 148. | | | 1/27/06 – Email correspondence between Peter Iliff and Randi Michel re: Rosario Dawson/Fast Flash (HP 00001) |
| 149. | | | 1/27/06 – Email correspondence from Don Barton to Sonja Morgan and Silvio Sardi re: FF-JT (DB15012) |
| 150. | | | 1/27/06 – Email correspondence between Richard Rionda and Mike Ossi re: Rosario Dawson (HP 00012) |
| 151. | | | 1/27/06 – Email correspondence from Richard Rionda to Michael Levine re: Fast Flash |
| 152. | | | 1/30/06 – Fax cover sheet from Howard Butler to Richard Rionda w/ Schedule P for "Fast Flash" attached (HP 00016 – HP 00020) |
| 153. | | | 1/30/06 – Email correspondence between Don Barton and Phil Davis re: Fast Flash – JT (HP 00513) |
| 154. | | | 1/30/06 – Copy of check from Sonja Productions made payable to Hannibal Pictures (HP 00106 – HP 00107) |

AMENDED JOINT TRIAL EXHIBIT LIST

| 155. | | | 1/31/06 – Email correspondence from Don Barton to Sonja Morgan and Silvio Sardi re: JT-FF (DB15009) |
|------|---|---|---|
| 156. | | | 1/31/06 – Email correspondence from Howard Butler to Phil Davis re: "Fast Flash To Bang Time" Short Form Agreement |
| 157. | | | 1/31/06 – AFMA International Multiple Rights Distribution Agreement between Hannibal Pictures and Source Investments B.V. |
| 158. | | | 1/31/06 – Sonja Productions Trial Balance |
| 159. | | | 1/31/06 – Sonja Productions Balance Sheet |
| 160. | | | 1/31/06 – Sonja Productions General Ledger |
| 161. | | | 2006 – Profit & Loss |
| 162. | | | 2006 – Powerpoint presentation of Sonja Presentation LLC: Independent Production Company (SP 10205 – SP 10292) |
| 163. | | | 2/1/06 – Correspondence from Richard Rionda to Randi Michel of William Morris Agency (HP 00015) |
| 164. | | | 2/1/06 – Email correspondence between Don Barton, Mike Ossi and Dawn Darling re: JT commitments (HP 00514 – HP00515) |
| 165. | | | 2/1/06 – Email correspondence from Phil Davis to Richard Rionda and Don Barton re: John Travolta – Fast Flash to Bang Time (HP 00516) |
| 166. | | | 2/1/06 – Email correspondence between Don Barton, Phil Davis and Mike Ossi re: Document-Fast Flash (HP 00523 – HP 00524) |
| 167. | | | 2/1/06 – Email correspondence from Richard Rionda to Sonja Morgan re: Fast Flash (HP 00094) |
| 168. | | | 2/1/06 – Email correspondence between Richard Rionda, Don Barton, Sonja Morgan and Silvio Sardi re: FF-JT (HP 00604) |
| 169. | | | 2/1/06 – Email correspondence from Richard Rionda to Sonja Morgan re: Chasing The Dragon |
| 170. | | | 2/2/06 – Email correspondence from Mike Ossi to Don Barton re: Disney movie (HP 00525) |
| 171. | | | 2/2/06 – Email correspondence between Richard Rionda and Mike Ossi re: Howard Butler's fax |

AMENDED JOINT TRIAL EXHIBIT LIST

| | | | |
|---|---|---|---|
| | | | (HP 00527) |
| 172. | | | 2/2/06 – Correspondence from Donald Barton to Sonja Morgan and Silvio Sardi re: "Fast Flash" & John Travolta (DB15005) |
| 173. | | | 2/2/06 – Email correspondence from Richard Rionda and Don Barton to Sonja Morgan and Silvio Sardi re: FF-JT (HP 00093) |
| 174. | | | 2/2/06 – Email correspondence from Richard Rionda to Sonja Morgan re: Fast Flash (HP 00607) |
| 175. | | | 2/2/06 – Email correspondence between Phil Davis and Don Barton re: "Fast Flash to Bang Time – John Travolta (HP 00002) |
| 176. | | | 2/2/06 – Email correspondence between Phil Davis and Don Barton re: "Fast Flash to Bang Time – John Travolta (HP 00003 – HP 00004) |
| 177. | | | 2/2/06 – Email correspondence from Richard Rionda to Sonja Morgan and Silvio Sardi re: FF cash flow (HP 00605 – HP 00606) |
| 178. | | | 2/2/06 – Email correspondence from Don Barton to Phil Davis and Mike Ossi re: JT commitments (HP 00528) |
| 179. | | | 2/3/06 – Email correspondence from Richard Rionda to Sonja Morgan re: FF (HP 00090) |
| 180. | | | 2/3/06 – Email correspondence from Richard Rionda to Sonja Morgan re: Proof of fund (HP 00091) |
| 181. | | | 2/3/06 – Correspondence from Richard Rionda to Mike Ossi re: "Fast Flash to Bang Time" (HP 00024 – HP 00025) |
| 182. | | | 2/6/06 – Copy of Wells Fargo Bank Transaction Record (HP 00115) |
| 183. | | | 2/7/06 – Correspondence from Richard Rionda to Board Members of Sonja Productions re: "Fast Flash to Bang Time" (HP 00068 – HP 00069) |
| 184. | | | 2/7/06 – Correspondence from Richard Rionda to Board Members of Sonja Productions re: "Fast Flash to Bang Time" |
| 185. | | | 2/9/06 – Correspondence from Wells Fargo Bank |

AMENDED JOINT TRIAL EXHIBIT LIST

| | | | |
|---|---|---|---|
| | | | to Hannibal Pictures re: Placing a hold on funds (HP 00008) |
| 186. | | | 2/10/06 – Correspondence from Richard Rionda to John Morgan |
| 187. | | | 2/17/06 – Silvio Sardi Communications, Inc.'s Budget and Revenue Information for "Fast Flash to Bang Time" |
| 188. | | | 2/28/06 – Sonja Productions General Ledger |
| 189. | | | 3/15/06 – Correspondence from Primetime Pictures to Sonja Morgan re: Dissolution and Termination of Sonja Productions, LLC from Devil's Highway LLC |
| 190. | | | 3/21/06 – Correspondence from Donald Barton to Robert M. Keller, Esq. re: Sonja Productions (DB15002) |
| 191. | | | 3/31/06 – Sonja Productions General Ledger |
| 192. | | | 3/30/06 – Email correspondence between Silvio Sardi to Richard Rionda re: Back from Europe |
| 193. | | | 4/10/06 – Email correspondence between Richard Rionda and Silvio Sardi re: Follow up – "Fast Flash to Bang Time" (HP 00009 – HP 00010) |
| 194. | | | 4/30/06 – Sonja Productions General Ledger |
| 195. | | | 5/31/06 – Sonja Productions General Ledger |
| 196. | | | 6/30/06 – Correspondence to Fast Flash Productions, Inc. re: Confirming the material terms of Agreement between Fast Flash Productions and Constellation Productions |
| 197. | | | 6/30/06 – Sonja Productions General Ledger |
| 198. | | | 9/12/06 – Delivery Notice from Film Finances to Sonja Morgan and Silvio Sardi re: "The Marsh" w/ Completion Guarantee attached |
| 199. | | | 4/3/07 – Correspondence from Fast Flash Productions, Inc. Confirming the material terms of Agreement between Fast Flash Productions and Constellation Productions |
| 200. | | | 4/3/07 – Budget Information for "Fast Flash to Bang Time" & "Crime Spree" |
| | | | |
| | | | |

AMENDED JOINT TRIAL EXHIBIT LIST

| 201. | | | 11/15/05 e-mail from R. Rionda to Sonja Morgan re Chasing the Dragon (HP00544) |
| 202. | | | 12/21/05 e-mail from S. Sardi to R. Rionda re Chasing the Dragon and Fast Flash (HP00553) |
| 203. | | | 1/3/06 e-mail from R. Rionda to S. Sardi and D. Barton re Fast Flash and female co-star (HP00556) |
| 204. | | | 1/5/06 letter from Hannibal to Sonja Productions (HP 00571-HP00574) |
| 205. | | | 1/11/06 e-mail from R. Rionda to S. Morgan re Chasing the Dragon (HP00608) |
| 206. | | | 1/25/06 Amendment to Hannibal/Sonja Productions Agreement (HP00103-HP00104) |
| 207. | | | Facsimile from H. Butler to R. Rionda re schedule for Fast Flash (HP00016) |
| 208. | | | 2/1/06 e-mail from P. Davis to R. Rionda and D. Barton re J. Travolta negotiations (HP00516-HP00522) |
| 209. | | | 2/1/06 e-mail from R. Rionda to S. Morgan re proof of funds (HP00603) |
| 210. | | | 2/1/06 e-mail from R. Rionda to S. Morgan, S. Sardi and D. Barton re Chasing the Dragon (HP00022) |
| 211. | | | 2/2/06 e-mail from M. Ossi to D. Barton and R. Rionda re J. Travolta negotiations (HP00526) |
| 212. | | | 2/2/06 e-mail from R. Rionda to S. Sardi and S. Morgan re payment of money into escrow (HP00297-HP00299) |
| 213. | | | 2/2/06 e-mail from D. Barton to M. Ossi and P. Davis re draft agreement with J. Travolta (HP00528-HP00538) |
| 214. | | | 2/7/06 letter from R. Rionda to S. Morgan (HP00065-HP00067) |
| 215. | | | Sonja Productions Business Plan (HP00044-HP00049) |
| 216. | | | 2/2/06 e-mail from R. Rionda to S. Morgan, S. Sardi and D. Barton re Fast Flash (HP00092) |
| 217. | | | 7/14/05 letter from IFG to R. Rionda re Chasing the Dragon (HP00506-00507) |
| 218. | | | 7/10/06 e-mail from C. Edmonds Allen to S. |

AMENDED JOINT TRIAL EXHIBIT LIST

| | | | |
|---|---|---|---|
| | | | Morgan re loan (SM0416-SM0417) |
| 219. | | | September 2005 JP Morgan Bank statement for Sonja Productions (SM0419-SM0421) |
| 220. | | | October 2005 JP Morgan Bank statement for Sonja Productions (SM0422-SM0424) |
| 221. | | | November 2005 JP Morgan Bank statement for Sonja Productions (SM0425-SM0427) |
| 222. | | | December 2005 JP Morgan Bank statement for Sonja Productions (SM0428-SM0431) |
| 223. | | | January 2006 JP Morgan Bank statement for Sonja Productions (SM0432-SM0438) |
| 224. | | | February 2006 JP Morgan Bank statement for Sonja Productions (SM0439-SM0445) |
| 225. | | | March 2006 JP Morgan Bank statement for Sonja Productions (SM0446-SM0450) |
| 226. | | | April 2006 JP Morgan Bank statement for Sonja Productions (SM0451-SM0454) |
| 227. | | | May 2006 JP Morgan Bank statement for Sonja Productions (SM0455-SM0459) |
| 228. | | | 11/30/05 City National Bank statement for Sonja Productions (SM0460) |
| 229. | | | 12/05 City National Bank statement for Sonja Productions (SM0461) |
| 230. | | | 12/2/05 wire transfer notice from City National Banl (SM0462) |
| 231. | | | 12/13/05 wire transfer notice (SM0464) |
| 232. | | | 1/06 City National Bank statement for Sonja Productions (SM0465) |
| 233. | | | 2/06 City National Bank statement for Sonja Productions (SM0466) |
| 234. | | | 2/3/06 wire transfer notice (SM0467) |
| 235. | | | 3/06 City National Bank statement for Sonja Productions (SM0468) |
| 236. | | | 4/06 City National Bank statement for Sonja Productions (SM0469) |
| 237. | | | 4/12/06 wire transfer notice (SM0470) |
| 238. | | | 5/06 City National Bank statement for Sonja Productions (SM0471) |
| 239. | | | Sonja Productions Trial Balance Statement 10/31/05 (SM0481) |

AMENDED JOINT TRIAL EXHIBIT LIST

| | | | |
|---|---|---|---|
| 240. | | | Sonja Productions Trial Balance Statement 11/30/05 (SM0482) |
| 241. | | | Sonja Productions Trial Balance Statement 12/31/05 (SM0483-SM0484) |
| 242. | | | Sonja Productions Balance Sheet 10/31/05 (SM0486) |
| 243. | | | Sonja Productions Balance Sheet 11/30/05 (SM0487-SM0488) |
| 244. | | | Sonja Productions Balance Sheet 12/31/05 (SM0489-SM0490) |
| 245. | | | Sonja Productions General Ledger 12/31/05 (SM0509-SM0521) |
| 246. | | | Sonja Productions Profit and Loss Statement 1/06 (SM0522-SM0533) |
| 247. | | | Sonja Productions Balance Sheet 1/06 (SM0534-SM0545) |
| 248. | | | Sonja Productions Trial Balance 1/06 (SM0546-SM0557) |
| 249. | | | Sonja Productions General Ledger 1/06 (SM0558-SM0576) |
| 250. | | | Sonja Productions General Ledger 2/06 (SM0577-SM0597) |
| 251. | | | Sonja Productions General Ledger 3/06 (SM0598-SM0619) |
| 252. | | | Sonja Productions General Ledger 4/06 (SM0620-SM0633) |
| 253. | | | Sonja Productions General Ledger 5/06 (SM0634-SM0647) |
| 254. | | | Sonja Productions General Ledger 6/06 (SM0648-SM0661) |
| 255. | | | 12/12/05 e-mail from R. Rionda to S. Sardi re Chasing the Dragon (SM0710-SM0711) |
| 256. | | | 12/16/05 e-mail from R. Rionda to S. Morgan, S. Sardi, and D. Barton re Fast Flash and Chasing the Dragon (SM0716-SM0717) |
| 257. | | | 2/2/06 letter from D. Barton to S. Morgan and S. Sardi re proof of funds for J. Travolta (SM0741) |
| 258. | | | 1/31/06 e-mail from D. Barton to S. Morgan and S. Sardi re proof of funds for J. Travolta (SM0745) |

AMENDED JOINT TRIAL EXHIBIT LIST

| 259. | | | 1/27/06 e-mail from D. Barton to S. Morgan and S. Sardi re J. Travolta (SM0748) |
| 260. | | | 1/24/06 e-mail from S. Sardi to D. Barton re proof of funds for J. Travolta (SM0753) |
| 261. | | | 12/16/05 letter from R. Rionda to S. Morgan and S. Sardi re Fast Flash and Chasing the Dragon (SM0799-SM0800) |
| 262. | | | 12/9/05 e-mail from D. Barton to R. Rionda, S. Sardi and S. Morgan re J. Travolta (SM0810) |
| 263. | | | 12/5/05 e-mail from S. Sardi to D. Barton re Sonja Productions slate of movies (SM0819) |
| 264. | | | 11/18/05 e-mail from S. Sardi to D. Barton re Fast Flash (SM0826) |
| 265. | | | 11/21/05 e-mail from D. Barton to S. Sardi and S. Morgan re Fast Flash (SM0822-SM0823) |
| 266. | | | 11/21/05 e-mail from D. Barton to S. Sardi and S. Morgan re Fast Flash and Chasing the Dragon (SM0824-SM0825) |
| 267. | | | 11/15/05 e-mail from R. Rionda to S. Morgan re Chasing the Dragon (SM0833) |
| 268. | | | 1/11/06 e-mail from S. Sardi to D. Barton re Sonja Production slate of films and Chasing the Dragon (SM0842-SM0843) |
| 269. | | | 7/10/06 e-mail from C. Edmonds Allen to S. Morgan re loan (SM0416-SM0417) |

AMENDED JOINT TRIAL EXHIBIT LIST

1

2      DATED: April 30, 2009           HAMRICK & EVANS, LLP
                                          A. Raymond Hamrick, III
3                                         Martin J. Barab

4

5      By /s/A. Ray Hamrick, III _____
                                          A. Ray Hambrick, III

6

7      Attorneys for Plaintiff and Counter-Defendant
       HANNIBAL PICTURES, INC., a California
       Corporation

8      DATED: April 30, 2009           BROWNE WOODS GEORGE LLP

9                                         Eric M. George
                                          Gene Williams

10

11     By /s/Gene Williams _____

12                                        Gene Williams

13     Attorneys for Defendants
       Sonja Productions LLC,
14     Sonja Tremont-Morgan, and Counter-Claimant
       Sonja Productions LLC
15

16

17

18

19

20

21

22

23

24

25

26

27

28

229086_1.DOC                          -20-
                                                                [Title of Doc]

AMENDED JOINT TRIAL EXHIBIT LIST