1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Marshall M. Searcy (Bar No. 169269)
2     marshallsearcy@quinnemanuel.com
   Lauren Rosenthal (Bar No. 236233)
3     laurenrosenthal@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
5  Facsimile: (213) 443-3100

6  Attorneys for Quinn Emanuel Urqhuart
   Oliver & Hedges, LLP
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                   WESTERN DIVISION

11

| | |
|---|---|
| HANNIBAL PICTURES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SONJA PRODUCTIONS, LLC, a Delaware limited liability company; SONJA TREMONT-MORGAN, an individual; JOHN ADAMS MORGAN, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV06-1814 GPS (VBKx)<br><br>NOTICE OF ATTORNEYS' LIEN<br><br>Judge: Hon. William D. Keller |

   TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF
RECORD, AND TO ALL OTHER PERSONS OR ENTITIES INTERESTED IN
THIS ACTION:

1  PLEASE TAKE NOTICE THAT the undersigned law firm, Quinn Emanuel
2  Urquhart Oliver & Hedges, LLP ("QEUO&H"), was formerly counsel of record for
3  plaintiff Hannibal Pictures Inc. in *Hannibal Pictures Inc. v. Sonja Productions LLC,*
4  *et. al.*, Civil Action No. CV06-1814 GPS (VBKx).

5  PLEASE TAKE FURTHER NOTICE THAT by virtue of a written contract
6  and the provisions of California Civil Code Section 2881, QEUO&H has and claims
7  a lien over the claims and causes of action of, and any judgment, settlement or other
8  recovery paid to plaintiff Hannibal Pictures Inc., or its successors or assigns, in this
9  action, Civil Action No. CV06-1814 GPS (VBKx), for the purpose of securing
10 payment of attorneys' fees, costs and expenses to QEUO&H on account of its
11 representation of plaintiff Hannibal Pictures Inc.

12 PLEASE TAKE FURTHER NOTICE THAT payment of any amount to the
13 plaintiff in consideration of its claims in this action without giving effect to, or
14 making provision for, the lien of QEUO&H shall create liability for intentional
15 interference with the undersigned counsel's economic and contractual rights. *See*
16 *Levin v. Gulf Ins. Group*, 69 Cal.App.4th 1282, 1287-88 (1999).

19 DATED:  June 23, 2009              Respectfully submitted,

                                     QUINN EMANUEL URQUHART OLIVER &
                                     HEDGES, LLP


                                     By _____
                                        Marshall M. Searcy
                                        Lauren Rosenthal
                                        Attorneys for Quinn Emanuel Urquhart
                                        Oliver & Hedges, LLP

18254/2983645.1

NOTICE OF ATTORNEY LIEN