Send ___
Enter ___
Closed ✓
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT

SEP - 1 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HANNIBAL PICTURES, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**SONJA PRODUCTIONS, LLC, et al.,**<br><br>Defendants. | Case No. CV 06-1814 WDK (VBKx)<br><br>**JUDGMENT**<br><br>[FED.R.CIV.P. 54] |

The jury trial in this matter commenced on June 9, 2009, and concluded on June 19, 2009. The Parties were represented by their respective counsel of record. The the jury having heard the evidence presented and considered the exhibits entered into evidence rendered its verdict on June 19, 2009, the Court having rendered its decision in its Findings and Conclusions Pursuant to Federal Rule of Civil Procedure 52(a)(1), and all issues presented in Plaintiff's Complaint having been fully adjudicated,

**IT IS ORDERED, ADJUDICATED, AND DECREED** as follows,

1. Judgment is entered in favor of Plaintiff Hannibal Pictures, Inc. and against Defendant Sonja Productions, LLC as to the claims of Breach of Contract, Breach of the Covenant of Good Faith and Fair Dealing, Fraud, and Negligent

Misrepresentation and Defendant Sonja Tremont-Morgan as to the claims of Fraud and Negligent Misrepresentation in the amount of $6,816,294.00; and

    2. Punitive Damages are awarded in favor of Plaintiff Hannibal Pictures, Inc. and against Defendant Sonja Tremont-Morgan in the amount of $250,000.00; and

    3. Costs are awarded in favor of Plaintiff Hannibal Pictures, Inc. and against Defendants Sonja Productions, LLC and Sonja Tremont-Morgan. Costs are to be submitted in a cost bill.

Dated: September 1, 2009

                                William D. Keller
                                United States District Judge