# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

CLERK, U.S. DISTRICT COURT
OCT - 1 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge _Keller_
From: _Patricia Perry_, Deputy Clerk   Date Received: _9/30/09_
Case No.: _CV06-1814-WDK_   Case Title: _Hannibal Pictures Inc. v. Sonja Productions_
Document Entitled: _Notice of Motion and Motion for Stay of Execution of Judgment_

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 11-3.1   Document not legible
- ☐ Local Rule 11-3.8   Lacking name, address, phone and facsimile numbers
- ☐ Local Rule 11-4.1   No copy provided for judge
- ☐ Local Rule 19-1   Complaint/Petition includes more than ten (10) Does or fictitiously named parties
- ☐ Local Rule 15-1   Proposed amended pleading not under separate cover
- ☐ Local Rule 11-6   Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8   Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 7.1-1   No Certification of Interested Parties and/or no copies
- ☐ Local Rule 6.1   Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 56-1   Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2   Statement of genuine issues of material fact lacking
- ☐ Local Rule 7-19.1   Notice to other parties of ex parte application lacking
- ☐ Local Rule 16-6   Pretrial conference order not signed by all counsel
- ☐ FRCvP Rule 5(d)   No proof of service attached to document(s)
- ☒ Other: _Non-compliance to LR 78-1 and LR 7-3 & 7-4. Failure to lodge proposed order._

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

---

### ORDER OF THE JUDGE/MAGISTRATE JUDGE
IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____   _____
Date                          U.S. District Judge / U.S. Magistrate Judge

☒ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

_Oct 1, 2009_   _[signed] Keller_
Date                          U.S. District Judge / ~~U.S. Magistrate Judge~~

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

BROWNE WOODS GEORGE LLP
Eric M. George (No. 166403)
2121 Avenue of the Stars, 24th Floor
Los Angeles, CA 90067
Telephone: 310.274.7100
Facsimile: 310.275.5697
Email: egeorge@bwgfirm.com

CLIFFORD CHANCE US LLP
Juan P. Morillo (*pro hac vice*)
2001 K Street N.W.
Washington, DC 20006-1001
Telephone: 202.912.5000
Facsimile: 202.912.6000
Email: Juan.Morillo@CliffordChance.com

Attorneys for Defendant
SONJA TREMONT-MORGAN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| HANNIBAL PICTURES, INC., a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SONJA PRODUCTIONS LLC, a Delaware limited liability company; SONJA TREMONT-MORGAN, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. CV06-01814 WDK (VBKx)<br><br>**DEFENDANT SONJA MORGAN'S MOTION TO STAY EXECUTION OF JUDGMENT PURSUANT TO FED. R. CIV. P. 62(B)**<br><br>[Declaration of Sonja Tremont-Morgan in Support of the Motion to Stay filed concurrently]<br><br>Date:　　September 29, 2009 |

[Received and Returned, Clerk U.S. District Court, OCT - 1 2009, Central District of California]

COURTESY COPY