A. Raymond Hamrick, III (State Bar No. 93821)
aray@hamricklaw.com
Martin J. Barab (State Bar No. 47419)
mbarab@hamricklaw.com
HAMRICK & EVANS, LLP
111 Universal Hollywood Drive, Suite 2200
Universal City, California 91608
Telephone No.: (818) 763-5292
Fax No.: (818) 763-2308

Attorneys for Plaintiff
HANNIBAL PICTURES, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| HANNIBAL PICTURES, INC. a California corporation,<br><br>Plaintiff,<br>v.<br><br>SONJA PRODUCTIONS, LLC, a Delaware limited liability company; SONJA TREMONT-MORGAN, an individual; JOHN ADAMS MORGAN, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV06-1814 WDK (VBKx)<br><br>(Case assigned to Hon. William D. Keller)<br><br>**NOTICE OF AMENDED ATTORNEYS' LIEN** |

TO THE COURT, EACH PARTY, ALL ATTORNEYS OF RECORD AND ALL OTHER PERSONS OR ENTITIES INTERESTED IN THIS ACTION:

PLEASE TAKE NOTICE that the undersigned law firm, Hamrick & Evans, LLP (H&E), is counsel of record for Plaintiff and Judgment Creditor Hannibal Pictures, Inc. ("Hannibal") herein.

PLEASE TAKE NOTICE that by virtue of a written fee agreement between H&E and Hannibal and Richard and Patricia Rionda Del Castro dated April 15, 2007 (the "Agreement"), and the provisions of California *Civil Code* section 2881,

H&E has and claims a lien ahead of all others in an amount not less than Two Hundred Fifty Thousand Dollars ($250,000) plus Seventeen and One-Half Percent (17.5%) of the gross recovery in this action by Hannibal, and/or its successors and/or assigns, whether by settlement, judgment proceeds or other recovery paid to Hannibal, and/or its successors and/or assigns, plus attorneys' fees and costs incurred with respect to the appeal of the judgment, plus attorneys' fees and costs incurred with respect to the enforcement and collection of the judgment, for the payment of legal services rendered and costs and expenses advanced on behalf of Hannibal, and/or its successors and/or assigns, all in accordance with the terms of the Agreement.

PLEASE TAKE FURTHER NOTICE that payment of any amount to Hannibal, or its successors or assigns, in consideration of its claims and the judgment in this action without giving effect to, or making provision for, the lien of H&E shall create liability for intentional interference with the undersigned counsel's economic and contractual rights. *See Levin v. Gulf Ins. Group*, 69 Cal.App.4th 1282, 1287-88 (1999).

DATED: December 10, 2009

Respectfully submitted,

HAMRICK & EVANS, LLP

By: _____
A. RAYMOND HAMRICK, III
MARTIN J. BARAB
Attorneys for Plaintiff
HANNIBAL PICTURES, INC.

## PROOF OF SERVICE - C.C.P. §1013a, 2015.5

I certify and state that I am now and at all times herein mentioned was, a citizen of the United States, over the age of eighteen (18) years, a resident of the County of Los Angeles, and not a party to the within action or cause. My business address is Hamrick & Evans, LLP, 111 Universal City Plaza, Suite 2200, Universal City, California 91608.

I hereby certify that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I further certify that on December 10, 2009, I caused to be served the copies of the attached:

### NOTICE OF AMENDED ATTORNEY'S LIEN

on the parties in said action as follows:

☒ **(BY REGULAR MAIL)** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, for collection and mailing at my place of business following ordinary business practices. Said document(s) will be deposited with United States Post Office mail box at Universal City, California, addressed as follows:

☐ **(BY FEDERAL EXPRESS)** by placing a true copy thereof enclosed in a sealed envelope, prepaid, deposited with the Federal Express carrier/box at Universal City, California, address as follows:

☐ **(BY FACSIMILE)** by placing a true copy thereof into a facsimile machine addressed to the person, address and facsimile number, as follows:

☐ **(BY PERSONAL SERVICE)** by causing to be personally delivered by hand and leaving a true copy with the person and/or secretary at the address shown below:

☐ **(BY HAND DELIVERY)** by personally delivering a copy by hand

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 10, 2009, at Universal City, California.

ANI MAKHANIAN
[Print Name]

[Signature]

POS - Notice of Attorneys's Lien (00148245).WPD

## SERVICE LIST

Eric M. George, Esq.
**BROWNE, WOODS & GEORGE**
2121 Avenue of the Stars, 24TH Floor
Los Angeles, CA 90067
(310) 274-7100
(310) 275-5697
egeorge@bwgfirm.com

Juan P. Morillo (pro hac vice)
**CLIFFORD CHANCE US, LLP**
2001 K. Street N.W.
Washington DC 20006-1001
(202) 912-5000

**QUINN, EMANUEL, URQUHART, OLIVER & HEDGES, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
(213) 443-3100 FAX

POS - Notice of Attorneys's Lien (00148245).WPD