1  A. Raymond Hamrick, III (State Bar No. 93821)
   aray@hamricklaw.com
2  Martin J. Barab (State Bar No. 47419)
   mbarab@hamricklaw.com
3  HAMRICK & EVANS, LLP
   111 Universal Hollywood Drive, Suite 2200
4  Universal City, California 91608
   Telephone No.: (818) 763-5292
5  Fax No.: (818) 763-2308

6  Attorneys for Plaintiff and Judgment Creditor
   HANNIBAL PICTURES, INC.

7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10 **WESTERN DIVISION**

11

| | |
|---|---|
| HANNIBAL PICTURES, INC. a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>SONJA PRODUCTIONS, LLC, a Delaware limited liability company; SONJA TREMONT-MORGAN, an individual; JOHN ADAMS MORGAN, an individual; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.: CV06-1814 WDK (VBKx)<br><br>(Case assigned to Hon. William D. Keller)<br><br>**NOTICE OF ASSIGNMENT OF JUDGMENT** |

    TO THE COURT, EACH PARTY, ALL ATTORNEYS OF RECORD AND ALL OTHER PERSONS OR ENTITIES INTERESTED IN THIS ACTION:

    **PLEASE TAKE NOTICE** that Plaintiff and Judgment Creditor HANNIBAL PICTURES, INC., hereinafter referred to as "Assignor," has entered into an Assignment of Judgment in favor of GRE FILM FINANCE I LLC, hereinafter referred to as "Assignee."

1  In consideration of that certain "Bridge Loan" Agreement, dated as of January
2  22, 2013, between Assignor and others, and for other and valuable consideration,
3  Assignor and other signatories thereto, have unconditionally and irrevocably
4  assigned, granted and transferred all rights, title, interest and obligation in, to and
5  under the following to Assignee:

> **The sum of Four Hundred Eighty Thousand Dollars ($480,000) plus any Late Fees, costs and charges as provided in the above-described Bridge Loan Agreement of January 22, 2013, said sums shall be paid from the Money Judgment entered on September 1, 2009, in the case entitled *Hannibal Pictures, Inc., a California Corporation, vs. Sonja Productions, LLC, a Delaware limited liability company; Sonja Tremont-Morgan*, Case No.: CV06-1814 GHK (VBKx), in favor of Assignor as against Defendant Sonja Productions, LLC and Defendant Sonja Tremont-Morgan.**

Further, by the Assignment, Assignor shall direct all funds resulting from the Money Judgment to be paid to the Trust Account of the law firm of Hamrick & Evans, LLP at 111 Universal Hollywood Drive, Suite 2200, Universal City, California 91608.  The payments provided for in the Assignment shall be made by the law firm of Hamrick & Evans, LLP.

A true and correct copy of the Assignment of Judgment is attached hereto as Exhibit "1."

Respectfully submitted,

HAMRICK & EVANS, LLP

DATED:  February 12, 2013

By: ___/s/ A. Raymond Hamrick, III___
A. RAYMOND HAMRICK, III
MARTIN J. BARAB
Attorneys for Plaintiff and
Judgment Creditor
HANNIBAL PICTURES. INC.

# Exhibit "1"

## ASSIGNMENT OF JUDGMENT

This Assignment of Judgment is entered into by and between Plaintiff and Judgment Creditor HANNIBAL PICTURES, INC., hereinafter referred to as "Assignor," and GRE FILM FINANCE I LLC, hereinafter referred to as "Assignee."

IN CONSIDERATION OF THE THAT CERTAIN "BRIDGE LOAN" AGREEEMENT, dated as of January 22, 2013 between Assignor and others, and for other and valuable consideration, the receipt of which is hereby acknowledged, Assignor and other signatories hereto, hereby unconditionally and irrevocably assigns, grants and transfers all rights, title, interest, and obligation in, to and under the following to Assignee:

> **The sum of Four Hundred and Eighty Thousand Dollars ($480,000) plus any Late Fees, costs and charges as provided in the above described Bridge Loan Agreement of January 22, 2014, said sums shall be paid from the Money Judgment entered on September 1, 2009, in the case entitled *Hannibal Pictures, Inc., a California Corporation, vs. Sonja Productions, LLC, a Delaware limited liability company; Sonja Tremont-Morgan*, Case No.: CV06-1814 GHK (VBKx), in favor of Assignor as against Defendant Sonja Productions, LLC and Defendant Sonja Tremont-Morgan.**
>
> **Further by this Assignment Assignor shall direct all funds resulting from the Money Judgment to be paid to the Trust Account of the law firm of Hamrick & Evans LLP at 111 Universal Hollywood Drive, Universal City California 91608. The payments provided for in this Assignment shall be made by the firm of Hamrick & Evans.**

1

Assignor hereby warrants and represents that Assignor possesses full right and authority to enter into this Assignment of Judgment and to transfer the aforementioned rights, title, interest and obligation.

Assignor warrants and represents that the aforementioned rights, title, interest and benefits are free from all liens, encumbrances or adverse claims.

To the extent that Richard Rionda del Castro and Patricia Rionda del Castro have interest in the assigned JUDGMENT, they hereby join, agree and consent to this Assignment and hereby transfer and assign their respective interests, if any, in and to the Money Judgment to GRE Film Finance I, LLC, if any, and agree and adopt herein the same terms and conditions agreed by Assignor in this assignment.

This Assignment of Judgment shall be binding upon and inure to the benefit of Assignor and Assignee, and to their successors, assigns and personal representatives.

DATED: February 11, 2013          HANNIBAL PICTURES, INC.

By: _____
Richard Rionda Del Castro
Chairman and CEO

By: _____
Patricia Rionda Del Castro
President

_____
Richard Rionda del Castro
To the extent of his interest in the Money Judgment

_____
Patricia Rionda del Castro
To the extent of her interest in the money Judgment

2