1  A. Raymond Hamrick, III (State Bar No. 93821)
   aray@hamricklaw.com
2  Martin J. Barab (State Bar No. 47419)
   mbarab@hamricklaw.com
3  HAMRICK & EVANS, LLP
   111 Universal Hollywood Drive, Suite 2200
4  Universal City, California 91608
   Telephone No.: (818) 763-5292
5  Fax No.: (818) 763-2308

6  Attorneys for Plaintiff and Judgment Creditor
   HANNIBAL PICTURES, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| HANNIBAL PICTURES, INC. a California corporation,<br><br>　　　　Plaintiff,<br>　　v.<br><br>SONJA PRODUCTIONS, LLC, a Delaware limited liability company; SONJA TREMONT-MORGAN, an individual; JOHN ADAMS MORGAN, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: CV06-1814 WDK (VBKx)<br><br>(Case assigned to Hon. William D. Keller)<br><br>**NOTICE OF TERMINATION OF ASSIGNMENT OF JUDGMENT** |

**TO THE COURT, EACH PARTY, ALL ATTORNEYS OF RECORD AND ALL OTHER PERSONS OR ENTITIES INTERESTED IN THIS ACTION:**

**PLEASE TAKE NOTICE** that Assignment of Judgment entered into between Plaintiff and Judgment Creditor HANNIBAL PICTURES, INC., hereinafter referred to as "Assignor," and GRE FILM FINANCE I LLC, hereinafter

-1-
**NOTICE OF TERMINATION OF ASSIGNMENT OF JUDGMENT**

1  referred to as "Assignee," on February 11, 2013, (*see* Docket No. 263) has been
2  terminated effective June 27, 2013.

                                                Respectfully submitted,

                                                HAMRICK & EVANS, LLP

DATED: July 25, 2013

                                                     */s/ A. Raymond Hamrick, III*
By:_____
    A. RAYMOND HAMRICK, III
    MARTIN J. BARAB
    Attorneys for Plaintiff and
    Judgment Creditor
    HANNIBAL PICTURES, INC.