# EXHIBIT "A"

Name and address
Patrick M. Shields (Bar No. 204739)
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNIBAL PICTURES, INC., a California Corporation,<br><br>Plaintiff(s)<br>v.<br><br>SONJA PRODUCTIONS, LLC, a Delaware Limited Liability Company, et al.<br><br>Defendant(s). | CASE NUMBER<br><br>CV06-1814 GHK (VBKx)<br><br>ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

___Hannibal Pictures, Inc.___  ☑ Plaintiff  ☐ Defendant  ☐ Other _____
*Name of Party*

to substitute ___Martin J. Barab of Hamrick & Evans, LLP___ who is

☑ Retained Counsel     ☐ Counsel appointed by the Court (Criminal cases only)     ☐ Pro Se

___10 Universal City Plaza, Suite 2200___
*Street Address*

___Universal City, California 91608___     ___Martin@americanworldpictures.com___
*City, State, Zip*                                                     *E-Mail Address*

___818.763.5292___     ___818.763.2308___     ___047419___
*Telephone Number*         *Fax Number*              *State Bar Number*

as attorney of record in place and stead of ___Quinn Emanuel Urquhart Oliver & Hedges, LLP___
                                                                                  *Present Attorney*

is hereby  ☑ GRANTED     ☐ DENIED

Dated ___4/18/07___

_____
U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL**: IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

G-01 ORDER (06/05)     ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY