A. Raymond Hamrick III (State Bar 93821)
aray@hamricklaw.com
Martin J. Barab (State Bar 47419)
mbarab@hamricklaw.com
HAMRICK & EVANS, LLP
111 Universal Hollywood Drive, Suite 2200
Universal City, California 91608
Telephone: (818) 763-5292
Facsimile: (818) 763-2308

Attorneys for Plaintiff,
HANNIBAL INC., dba HANNIBAL PICTURES
(Erroneously referred to as "HANNIBAL PICTURES, INC.")

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNIBAL PICTURES, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SONJA PRODUCTIONS, LLC, a Delaware limited liability company; SONJA TREMONT-MORGAN an individual; JOHN ADAMS MORGAN, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS. | CASE NO. CV06-1814 WDK (VBKx)<br><br>(Case assigned to Hon. William D. Keller)<br><br>**DECLARATION OF RICHARD RIONDA DEL CASTRO IN SUPPORT OF MOTION TO CORRECT A CLERICAL ERROR IN PARTY IDENTIFICATION IN JUDGMENT**<br><br>Hearing Date: December 9, 2013<br>Time: 10:00 a.m.<br>Location: Court Room 1600<br><br>*[Filed concurrently with Plaintiff's Notice of Motion and Motion to Correct a Clerical Error in Party Identification in Judgment; Memorandum of Points and Authorities in Support Thereof; Supporting Declaration of A. Raymond Hamrick, III; Request for Judicial Notice; [Proposed] Order; and [Proposed Corrected] Judgment]* |

- 1 -

DECLARATION OF RICHARD RIONDA DEL CASTRO IN SUPPORT OF
MOTION TO CORRECT A CLERICAL ERROR IN PARTY IDENTIFICATION IN JUDGMENT

I, RICHARD RIONDA DEL CASTRO, declare as follows:

1. I am the Chairman and CEO of Plaintiff Hannibal Inc., dba Hannibal Pictures (erroneously referred to as Hannibal Pictures, Inc., and hereinafter sometimes referred to for convenience as "Plaintiff" or "Hannibal"). I make this declaration in support of Plaintiff's Motion to Correct a Clerical Error in Party Identification in Judgment. I have personal knowledge of the matters stated herein, except where stated on information and belief, and if called to testify, I would and could competently testify thereto.

2. On or about February 4, 1999, Hannibal Inc. was formed as a California corporation. (*See* RFJN, Exh. "A").

3. On or about August 11, 2005, Hannibal Inc. filed a Fictitious Business Name Statement with the Los Angeles County Registrar-Recorder/ County Clerk to do business as "Hannibal Pictures." (*See* RFJN, Exh. "B" [Document No. 05-1924890]). Notwithstanding this designation, prior to filing the instant lawsuit, Hannibal representatives (including myself) sometimes mistakenly referred to "Hannibal Pictures" as "Hannibal Pictures*, Inc.*," the name erroneously used in the caption and in the body of the Complaint.

4. No entity named "Hannibal Pictures, Inc." (i.e., the entity designated as the "Plaintiff" in the Judgment) existed prior to the entry of Judgment, or at the time Judgment was entered, in the instant lawsuit.

5. At all times relevant to the incidents alleged in the Complaint, the proper Plaintiff was "Hannibal Inc., dba Hannibal Pictures."

6. In an effort to avoid confusion between Hannibal's corporate name (Hannibal Inc.) and fictitious business name (Hannibal Pictures), I directed my counsel to form a California corporation with the less complicated name of "Hannibal Pictures, Inc."

- 2 -

**DECLARATION OF RICHARD RIONDA DEL CASTRO IN SUPPORT OF MOTION TO CORRECT A CLERICAL ERROR IN PARTY IDENTIFICATION IN JUDGMENT**

7. On or about December 29, 2009, after the Judgment was entered in this lawsuit, Hannibal Pictures, Inc. was formed as a California corporation.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of October, 2013 at West Hollywood, California.

_____
Richard Rionda Del Castro, Declarant

- 3 -