# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNIBAL PICTURES, INC., | ) CASE NO. CV 06-1814 WDK (VBKx) <br> ) |
| Plaintiff, | ) <br> ) |
| vs. | ) **[PROPOSED CORRECTED]** <br> ) **JUDGMENT** |
| SONJA PRODUCTIONS, LLC, et al., | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

WHEREAS, the jury trial in this matter commenced on June 9, 2009, and concluded on June 19, 2009; the Parties were represented by their respective counsel of record; the jury having heard the evidence presented and considered the exhibits entered into evidence rendered its verdict on June 19, 2009, the Court having rendered its decision in its Findings and Conclusions Pursuant to Federal Rule of Civil Procedure 52(a)(1), and all issues presented in Plaintiff's Complaint having been fully adjudicated.

//

-1-

**JUDGMENT**

WHEREAS, on or about May 11, 2011, the Ninth Circuit Court of Appeals affirmed the Judgment.

WHEREAS, on or about December 2, 2013, the Court granted Plaintiff Hannibal Inc., dba Hannibal Pictures' Motion to Correct a Clerical Error in the Judgment, ordering that the Judgment be corrected so that it reflects "Hannibal Inc., dba Hannibal Pictures " as the Plaintiff and prevailing party in place of the erroneous designation "Hannibal Pictures, Inc.;"

**IT IS ORDERED, ADJUDICATED, AND DECREED** as follows:

1. Judgment is entered in favor of Plaintiff Hannibal Inc., dba Hannibal Pictures and against Defendant Sonja Productions, LLC as to the claims of Breach of Contract, Breach of the Covenant of Good Faith and Fair Dealing, Fraud, and Negligent Misrepresentation and Defendant Sonja Tremont-Morgan as to the claims of Fraud and Negligent Misrepresentation in the amount of $6,816,294.00; and

2. Punitive Damages are awarded in favor of Hannibal Inc., dba Hannibal Pictures and against Defendant Sonja Tremont-Morgan in the amount of $250,000.00; and,

3. Costs are awarded in favor of Plaintiff Hannibal Inc., dba Hannibal Pictures and against Defendants Sonja Productions, LLC and Sonja Tremont-Morgan.

DATED: _____

_____
United States District Judge

**JUDGMENT**