1 | A. Raymond Hamrick III (State Bar 93821)
aray@hamricklaw.com
2 | Martin J. Barab (State Bar 47419)
mbarab@hamricklaw.com
3 | HAMRICK & EVANS, LLP
111 Universal Hollywood Drive, Suite 2200
4 | Universal City, California 91608
Telephone: (818) 763-5292
5 | Facsimile: (818) 763-2308

6 | Attorneys for Plaintiff,
HANNIBAL INC., dba HANNIBAL PICTURES
7 | (Erroneously referred to as "HANNIBAL PICTURES, INC.")

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNIBAL PICTURES, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SONJA PRODUCTIONS, LLC, a Delaware limited liability company; SONJA TREMONT-MORGAN an individual; JOHN ADAMS MORGAN, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS. | CASE NO. CV06-1814 WDK (VBKx)<br><br>(Case assigned to Hon. William D. Keller)<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO CORRECT A CLERICAL ERROR IN PARTY IDENTIFICATION IN JUDGMENT**<br><br>Hearing Date: December 9, 2013<br>Time: 10:00 a.m.<br>Location: Court Room 1600<br><br>[Filed concurrently with Plaintiff's Notice of Motion and Motion to Motion to Correct a Clerical Error in Party Identification in Judgment; Memorandum of Points and Authorities in Support Thereof; Supporting Declaration of A. Raymond Hamrick, III; Supporting Declaration of Richard Rionda Del Castro; [Proposed] Order; and [Proposed Corrected] Judgment] |

- 1 -

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION
TO CORRECT A CLERICAL ERROR IN PARTY IDENTIFICATION IN JUDGMENT

Plaintiff Hannibal Inc., dba Hannibal Pictures (erroneously referred to as Hannibal Pictures, Inc., and hereinafter referred to for convenience as "Plaintiff" or "Hannibal") respectfully submits this Request for Judicial Notice of the records and files as referenced herein. The district court may take judicial notice of:

(a)  Materials in its own files from prior proceedings. *Kinnett Dairies, Inc. v. Farrow* 580 F.2d 1260, 1277 (5th Cir. 1978) (court "had no duty to grind the same corn a second time.);

(b)  Court orders. *See Asdar Group v. Pillsbury, Madison & Sutro* 99 F3d 289, 290, fn. 1 (9th Cir. 1996); and

(c)  Court records that are available to the public online. *Lynch v. Leis* 382 F3d 642, 648, fn. 5 (6th Cir. 2004).

Plaintiff also requests that the Court take judicial notice of the following facts which are "not subject to reasonable dispute" as they are either "generally known within the territorial jurisdiction of th[is] trial court" or "capable of accurate and ready determination by sources whose accuracy cannot reasonably be questioned." *Fed. R. Evid.* 201(b).

**REQUEST NO. 1.:**

Plaintiff requests judicial notice of the corporate status of Hannibal Inc. as an active California corporation formed on February 4, 1999, Entity No. C2132857. Attached hereto as Exhibit "A" is a true and correct copy of the Business Entity Detail page for Hannibal Inc., Entity No. C2132857 from the California Secretary of State website.

///
///
///
///
///

- 2 -

**REQUEST NO. 2.:**

Plaintiff requests judicial notice of Hannibal Inc.'s Fictitious Business Name Statement to do business as "Hannibal Pictures" (Document No. 05-1924890), filed with the with the Los Angeles County Registrar-Recorder/County Clerk on August 11, 2005, a certified copy of which attached hereto as Exhibit. "B".

**REQUEST NO. 3.:**

Plaintiff requests judicial notice of its Complaint filed on February 24, 2006 in Los Angeles Superior Court (before this case was removed to this Court based upon diversity), a true and correct copy of which is attached hereto as Exhibit "C".

**REQUEST NO. 4.:**

Plaintiff requests judicial notice of the Pre-Trial Conference Order entered in the above-entitled action on May 11, 2009 (Document 128), a true and correct copy of which is attached hereto as Exhibit "D".

**REQUEST NO. 5.:**

Plaintiff requests judicial notice of the fact that the parties, including Defendant Sonja Tremont-Morgan, admitted the facts set forth in the Pre-Trial Conference Order (Document 128) entered in the above-entitled action on May 11, 2009. *See* Exhibit "D" at pp. 2:27-4:14 attached hereto.

**REQUEST NO. 6.:**

Plaintiff requests judicial notice of the fact that the "Admitted Facts" set forth in the Pre-Trial Conference Order (Document 128) were read to the jury which rendered the verdict forming the basis of the Judgment. Attached hereto as Exhibit "E" is a true and correct copy of the relevant portion of the trial transcript.

///

///

**REQUEST NO. 7.:**

Plaintiff requests judicial notice of the fact that the "Admitted Facts" set forth in the Pre-Trial Conference Order (Document 128) were in the parties' Amended Joint Jury Instructions (Document 160, at pp. 15-16). Attached hereto as Exhibit "F" is a true and correct copy of the relevant portion of the parties' Amended Joint Jury Instructions.

**REQUEST NO. 8.:**

Plaintiff requests judicial notice of the Judgment (Document 194) entered in the above-entitled action on September 1, 2009, a true and correct copy of which is attached hereto as Exhibit "G".

**REQUEST NO. 9.:**

Plaintiff requests judicial notice of the of the corporate status of Hannibal Pictures, Inc. as an active California corporation formed on December 29, 2009, Entity No. C3239588. Attached hereto as Exhibit "H" is a true and correct copy of the Business Entity Detail page for Hannibal Pictures, Inc., Entity No. C3239588 from the California Secretary of State website.

**REQUEST NO. 10.:**

Plaintiff requests judicial notice of the Ninth Circuit Court of Appeals decision filed on May 11, 2011, affirming the Judgment entered in the above-entitled action. A true and correct copy of the Ninth Circuit decision is attached hereto as Exhibit "I".

**REQUEST NO. 11.:**

Plaintiff requests judicial notice of the Objection filed by Defendant and Debtor, Sonja Tremont-Morgan ("Defendant Morgan") on May 31, 2013 in the bankruptcy action entitled, *In Re: Sonja Tremont-Morgan, et al.*, United States Bankruptcy Court, Southern District of New York, Case No: 10-16132-scc.

- 4 -

1  A true and correct copy of Defendant Morgan's Objection (without the Exhibits
2  thereto) is attached hereto as Exhibit "J".

3  DATED: November 1, 2013          HAMRICK & EVANS, LLP
4

5
                                   By:  /s/ A. Raymond Hamrick, III
6                                       A. RAYMOND HAMRICK III
                                        MARTIN J. BARAB
7                                       Attorneys for Plaintiff,
                                        HANNIBAL INC., dba HANNIBAL
8                                       PICTURES (Erroneously referred to as
9                                       "HANNIBAL PICTURES, INC.")

- 5 -