FRED NEUFELD, State Bar No. 150759
   fneufeld@sycr.com
STRADLING YOCCA CARLSON & RAUTH, P.C.
100 Wilshire Boulevard
Fourth Floor
Santa Monica, CA 90401
Telephone: (424) 214-7000
Facsimile: (424) 214-7010

JEREMY G. SUITER, State Bar No. 203853
   jsuiter@sycr.com
TRAVIS P. BRENNAN, State Bar No. 238119
   tbrennan@sycr.com
STRADLING YOCCA CARLSON & RAUTH, P.C.
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Facsimile: (949) 725-4100

Attorneys for IAN J. GAZES,
Chapter 11 Trustee for the
Bankruptcy Estate of
Defendant SONJA TREMONT-MORGAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| HANNIBAL PICTURES, INC. a California corporation,<br><br>          Plaintiff,<br><br>  v.<br><br>SONJA PRODUCTIONS, LLC, a Delaware limited liability company; SONJA TREMONT-MORGAN, an individual; JOHN ADAMS MORGAN, an individual; and DOES 1 through 10, inclusive,<br><br>          Defendants. | CASE NO. CV06-1814 WDK (VBKx)<br><br>**DECLARATION OF TRAVIS P. BRENNAN IN SUPPORT OF CHAPTER 11 TRUSTEE IAN J. GAZES'S OPPOSITION TO PLAINTIFF'S MOTION TO CORRECT ERROR IN PARTY IDENTIFICATION IN JUDGMENT**<br><br>[*Filed concurrently with Opposition Memorandum, Declaration of Ian J. Gazes, and Evidentiary Objections*]<br><br>Hearing:<br>Date:   December 9, 2013<br>Time:  10:00 a.m.<br>Ctrm:   1600 |

STRADLING YOCCA CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

LITIOC/2084850v2/102915-0001

I, Travis P. Brennan, declare:

1. I am an associate at Stradling Yocca Carlson & Rauth ("Stradling") counsel of record for chapter 11 trustee Ian J. Gazes ("Gazes") in this action. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness thereto, I could and would competently do so.

2. Attached hereto as **Exhibit A** is a true and correct copy of the agreement between Hannibal Pictures, Inc. and Sonja Productions, LLC, dated January 9, 2006, and the amendment thereto, dated January 25, 2006, which were included as "Exhibit A" to Plaintiff Hannibal Pictures, Inc.'s Trial Brief filed in this action on June 2, 2009 and can be found on this action's docket at CM/ECF Docket Entry ("Dkt.") 138-2.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Complaint in this action, dated February 24, 2006

4. Attached hereto as **Exhibit C** is a true and correct copy of the First Amended Complaint in this action, dated March 2, 2006.

5. Attached hereto as **Exhibit D** is a true and correct copy, without exhibits, of the Complaint filed in the action captioned *Olga Levens et al. v. Richard Rionda del Castro et al.*, Los Angeles Superior Court Case No. BC380149 (the "Levens Action"), dated November 2, 2007.

6. Attached hereto as **Exhibit E** is a true and correct copy, without exhibits, of the Notice of Motion and Motion to Compel Arbitration and Stay Action; Memorandum of Points and Authorities; Declaration of Richard Rionda del Castro filed in the Levens Action, dated December 3, 2007.

7. Attached hereto as **Exhibit F** is a true and correct copy of an excerpt from the Trial Transcript, Day 9, made in this action, dated June 19, 2009.

8. Attached hereto as **Exhibit G** is a true and correct copy of the Complaint filed in the action captioned *Steelbridge Finance LLC v. Hannibal, Inc.*

*et al.*, Los Angeles Superior Court Case No. BC426636, dated November 20, 2009.

9. Attached hereto as **Exhibit H** is a true and correct copy of the Articles of Incorporation for Hannibal Pictures, Inc., dated December 29, 2009, on file with the Secretary of State for the State of California.

10. Attached hereto as **Exhibit I** is a true and correct copy of the verified petition filed in the action captioned *Hannibal Pictures, Inc. v Sonja Tremont-Morgan et al*, Supreme Court for the State of New York, Case No. 10103554, dated March 18, 2010.

11. Attached hereto as **Exhibit J** is a true and correct copy of Appellee Hannibal Pictures, Inc.'s Answer Brief filed in the appeal of this action, dated October 29, 2010 (Ninth Circuit, Case No. 09-56584, Dkt. 32).

12. Attached hereto as **Exhibit K** is a true and correct copy of the Notice of Motion and Motion of Hannibal Pictures, Inc. for an Order, Pursuant to Section 1112(b) of the Bankruptcy Code, Dismissing or Converting Debtors' Cases or, in the Alternative, Pursuant to Section 1104 of the Bankruptcy Code, Appointing a Chapter 11 Trustee to Manage Debtors' Affairs, without exhibits, filed in the action captioned *In re Sonja Tremont-Morgan, U.S.Bankr.Ct. for the So. Dist. of New York*, Case No. 10-16132 ("Morgan Bankruptcy Action"), dated January 20, 2011 (Case No. 10-16132, Dkt. 16).

13. Attached hereto as **Exhibit L** is a true and correct copy of the Proof of Claim filed by Hannibal Pictures, Inc. in the Morgan Bankruptcy Action, dated September 22, 2011 (Case No. 10-16132, Ex. J to Dkt. 266).

14. Attached hereto as **Exhibit M** is a true and correct copy of the Objection to the Claim of Hannibal Pictures, Inc., without exhibits, filed by Sonja Tremont-Morgan in the Morgan Bankruptcy Action, dated May 31, 2013 (Case No. 10-16132, Dkt. 266).

15. Attached hereto as **Exhibit N** is a true and correct copy of the Order

1  Approving the Appointment of Chapter 11 Trustee Ian J. Gazes made in the
2  Morgan Bankruptcy Action, dated May 31, 2013 (Case No. 10-16132, Dkt. 268).
3       16.    Attached hereto as **Exhibit O** is a true and correct copy of the
4  Response to Debtor's Objection to the Claim of Hannibal Pictures, Inc. filed in the
5  Morgan Bankruptcy Action, dated June 24, 2013 (Case No. 10-16132, Dkt. 280).
6       I declare under penalty of perjury under the laws of the United States of
7  America that the foregoing is true and correct and that this declaration was
8  executed this 18th day of November, 2013, in Newport Beach, California.

                                                /s/Travis P. Brennan
                                                  Travis P. Brennan