FRED NEUFELD, State Bar No. 150759
   fneufeld@sycr.com
STRADLING YOCCA CARLSON & RAUTH, P.C.
100 Wilshire Boulevard
Fourth Floor
Santa Monica, CA 90401
Telephone: (424) 214-7000
Facsimile: (424) 214-7010

JEREMY G. SUITER, State Bar No. 203853
   jsuiter@sycr.com
TRAVIS P. BRENNAN, State Bar No. 238119
   tbrennan@sycr.com
STRADLING YOCCA CARLSON & RAUTH, P.C.
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Facsimile: (949) 725-4100

Attorneys for IAN J. GAZES,
Chapter 11 Trustee for the
Bankruptcy Estate of Defendant
SONJA TREMONT-MORGAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| HANNIBAL PICTURES, INC. a California corporation,<br><br>            Plaintiff,<br><br>v.<br><br>SONJA PRODUCTIONS, LLC, a Delaware limited liability company; SONJA TREMONT-MORGAN, an individual; JOHN ADAMS MORGAN, an individual; and DOES 1 through 10, inclusive,<br><br>            Defendants. | CASE NO. CV06-1814 WDK (VBKx)<br><br>**DECLARATION OF IAN J. GAZES IN SUPPORT OF CHAPTER 11 TRUSTEE IAN J. GAZES'S OPPOSITION TO PLAINTIFF'S MOTION TO CORRECT ERROR IN PARTY IDENTIFICATION IN JUDGMENT**<br><br>[*Filed concurrently with Opposition Memorandum, Declaration of Travis P. Brennan, and Evidentiary Objections*]<br><br>Hearing:<br>Date:   December 9, 2013<br>Time:   10:00 a.m.<br>Ctrm:   1600 |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

LITIOC/2084859v2/102915-0001

I, Ian J. Gazes, declare:

1. I am the chapter 11 trustee for the bankruptcy estate of Sonja Tremont-Morgan ("Morgan"), who is a defendant in this action. I make this declaration in support of my opposition to the "Motion to Correct Error in Party Identification in Judgment" ("Motion") filed by "Hannibal, Inc. dba Hannibal Pictures." I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness thereto, I could and would competently do so.

2. I have been a practicing bankruptcy attorney since 1979, and since 1988, have been a distinguished member of the Panel of Trustees for the Southern District of New York. In that capacity, I have served as bankruptcy trustee for many large and complex chapter 11 and chapter 7 cases.

3. On November 17, 2010, Morgan filed a voluntary petition in the United States Bankruptcy Court for the Southern District of New York for relief under chapter 11 of title 11 of the United States Code. The bankruptcy case is entitled, *In re Sonja Tremont-Morgan*, chapter 11 Case No. 10-16132 (SCC).

4. On May 31, 2013, the Honorable Shelley C. Chapman approved my appointment as the chapter 11 trustee in Morgan's bankruptcy case.

5. As the chapter 11 trustee, I have the duty to manage and represent Morgan's bankruptcy estate, which includes all of Morgan's legal and equitable interests in property that Morgan held as of the commencement of the bankruptcy case. As the chapter 11 trustee, I have an obligation to responsibly administer Morgan's bankruptcy estate for the benefit of all of the estate's creditors and other parties in interest. That obligation includes making a careful evaluation of the basis for all claims made against the bankruptcy estate.

6. Thirteen different creditors have filed a total of 14 claims against Morgan's bankruptcy estate. In aggregate, the filed claims are in the amount of $29,753,024.17. One of those creditors is Hannibal Pictures, Inc., which has filed a purportedly secured claim for $8,199,985.13 based on the judgment entered in

-1-

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

LITIOC/2084859v2/102915-0001

this action on September 1, 2009 ("Judgment"). The outcome of each of these claims will impact how the property of Morgan's estate is distributed and whether, and how much, each of the creditors gets paid on its claim.

7. On September 22, 2011, Hannibal Pictures, Inc. filed its proof of claim in the bankruptcy case premised on the Judgment. On May 31, 2013, Morgan filed an objection to Hannibal Pictures, Inc.'s proof of claim. On June 24, 2013, a different entity, Hannibal, Inc., filed a response to Morgan's objection.

8. The bankruptcy court has not ruled on Morgan's claim objection. On July 12, 2013, the bankruptcy court entered a stipulation and order between Hannibal, Inc. and me. The stipulation and order lifted the general stay for the sole purpose of permitting Hannibal, Inc. to file a motion, in this Court, to "modify" the Judgment "pursuant to Rule 60(a) of the Federal Rules of Civil Procedure." The stipulation acknowledged my right to oppose a motion to modify the Judgment. Morgan's claim objection was "withdrawn without prejudice to the Trustee's right to (a) object to the Hannibal Claim at a future date and (b) oppose any motion brought by Hannibal in the California Court." A true and correct copy of the stipulation is attached hereto as **Exhibit A**.

9. With the assistance and advice of counsel, and consistent with my duties as chapter 11 trustee to carefully evaluate the basis for Hannibal Pictures, Inc.'s claim against the bankruptcy estate, I have examined the record in this action and concluded that Hannibal, Inc.'s instant Motion should be denied.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed this _18_ th day of November, 2013, in New York, New York.

Ian J. Gazes

LITIOC/2084859v2/102915-0001