UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-1814 WDK (VBK) | Date | November 18, 2013 |
|---|---|---|---|
| Title | HANNIBAL PICTURES, INC. V. SONJA PRODUCTIONS, LLC | | |

| Present: The Honorable | WILLIAM D. KELLER | | |
|---|---|---|---|
| PATRICIA GOMEZ | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present                        Not Present

**Proceedings:   (In Chambers):**
**COURT GRANTS MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS** (#275)

On November 14, 2013, Mary H. Haas, on behalf or the law firm of Davis Wright Tremaine, LLP ("DWT") filed the instant motion to withdraw as counsel for defendants Sonja Productions, LLC and Sonja Tremont-Morgan, and Counter-Claimant Sonja Productions, LLC (collectively "Sonja Productions"). The Court has considered the papers filed in support of the motion, and deems these matters appropriate for resolution without oral argument. *See* L.R. 7-15.

Local Rule 83-2.9.2.1 allows an attorney to withdraw as counsel only upon leave of Court. If withdrawal will cause delay in the case, the Court will not allow the attorney to withdraw unless "good cause is shown and the ends of justice require [such relief]." L. R. 83-2.9.2.4. If withdrawal is allowed, the affected parties then "shall appear *pro se* or appoint another attorney by a written substitution of attorney." L.R. 83-2.9.2.2. However, a corporation "may not appear in any action or proceeding *pro se.*" L. R. 83-2.10.1.

DWT argues that the motion to withdraw as counsel is necessary because there has been no contact between DWT and the defendant since Sonja Tremont-Morgan filed for bankruptcy on or around November 17, 2010. (Declaration of Mary H. Haas ("Haas Decl."), ¶¶ 4; 7). DWT states that defendants' legal bills have been outstanding since 2010. (Haas Decl., ¶ 8). DWT also states that it has advised defendants' counsel in the bankruptcy matter of its intent to withdraw as counsel and that since the defendant is a corporation, of the need to secure alternate counsel to further represent defendant in this matter. (Haas Decl., ¶ 15).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-1814 WDK (VBK) | Date | November 18, 2013 |
|---|---|---|---|
| Title | HANNIBAL PICTURES, INC. V. SONJA PRODUCTIONS, LLC | | |

      The Court concludes that DWT has made a sufficient showing of good cause, and therefore GRANTS its motion to withdraw as counsel. DWT is hereby ordered to provide Sonja Productions, and its current counsel in the bankruptcy matter, with notice of the Court's order in accordance with Local Rule 83-2.9.2.3. Since Sonja Productions is a corporation, and as such may not appear *pro se*, DWT is ordered to inform Sonja Productions, in writing, that it must retain new counsel to handle this case within fourteen (14) days of the date of this order. DWT shall advise Sonja Productions that its failure to retain new counsel or otherwise respond within fourteen (14) days may result in the imposition of monetary sanctions. DWT shall attach a copy of this order to the letter, and shall otherwise comply with all applicable rules of professional responsibility.

      IT IS SO ORDERED.

                                                                                                :

Initials of Preparer    PG