HAMRICK & EVANS, LLP

1  A. Raymond Hamrick III (State Bar 93821)
   aray@hamricklaw.com
2  Martin J. Barab (State Bar 47419)
3  mbarab@hamricklaw.com
   HAMRICK & EVANS, LLP
4  111 Universal Hollywood Drive, Suite 2200
5  Universal City, California 91608
   Telephone:  (818) 763-5292
6  Facsimile:   (818) 763-2308

7
   Attorneys for Plaintiff,
8  HANNIBAL, INC. dba HANNIBAL PICTURES
9  (Erroneously referred to as "HANNIBAL PICTURES, INC.")

10            UNITED STATES DISTRICT COURT

11            CENTRAL DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| HANNIBAL PICTURES, INC., a California Corporation, <br><br> Plaintiff, <br> v. <br><br> SONJA PRODUCTIONS, LLC, a Delaware limited liability company; SONJA TREMONT-MORGAN an individual; JOHN ADAMS MORGAN, an individual; and DOES 1 through 10, inclusive, <br><br> Defendants. <br><br><br> AND RELATED CROSS-ACTIONS. | CASE NO. CV06-1814 WDK (VBKx) <br><br> (Case assigned to Hon. William D. Keller) <br><br> **PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE NO. 2 IN SUPPORT OF PLAINTIFF'S REPLY TO OPPOSITION TO MOTION TO A CORRECT CLERICAL ERROR IN JUDGMENT** <br><br> Hearing Date: December 9, 2013 <br> Time: 10:00 a.m. <br> Location: Court Room 1600 <br><br> *[Filed concurrently with Plaintiff's Reply in Support of Motion to Correct Clerical Error in Party Identification in Judgment and Evidentiary Objections]* |

24        Plaintiff Hannibal, Inc. dba Hannibal Pictures (erroneously referred to as

25  Hannibal Pictures, Inc., and hereinafter referred to for convenience as "Plaintiff")

26  respectfully submits this Request for Judicial Notice No 2.

27  ///

28

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE NO. 2**

1    The district court may take judicial notice of:

2        (a)    Court orders. *See Asdar Group v. Pillsbury, Madison & Sutro*, 99 F.3d

3    289, 290, fn. 1 (9th Cir. 1996); and

4        (b)    Court records that are available to the public online. *Lynch v. Leis*, 382

5    F.3d 642, 648, fn. 5 (6th Cir. 2004).

6        Plaintiff also requests that the Court take judicial notice of the following facts,

7    which are "not subject to reasonable dispute" as they are either "generally known

8    within the territorial jurisdiction of th[is] trial court" or "capable of accurate and

9    ready determination by sources whose accuracy cannot reasonably be questioned."

10   *Fed. R. Evid.* 201(b).

11   **REQUEST NO. 1.:**

12       Plaintiff requests judicial notice of the Request for Dismissal filed in the

13   action captioned *Olga Levens et al. v. Richard Rionda del Castro et al.*, Los Angeles

14   Superior Court Case No. BC380149, a true and correct copy of which is attached

15   hereto as **Exhibit A**.

16   **REQUEST NO. 2.:**

17       Plaintiff requests judicial notice of the fact that the action captioned *Olga*

18   *Levens et al. v. Richard Rionda del Castro et al.*, Los Angeles Superior Court Case

19   No. BC380149 was dismissed with prejudice pursuant to the Clerk's Order entered

20   on March 3, 2008. *See* Exhibit A attached hereto.

21     DATED: November 25, 2013        HAMRICK & EVANS, LLP

22

23                            By**:**  */s/ A. Raymond Hamrick, III*

24                                A. RAYMOND HAMRICK III

25                                MARTIN J. BARAB

26                                Attorneys for Plaintiff, HANNIBAL, INC.
                                  dba HANNIBAL PICTURES (Erroneously

27                                referred to as "HANNIBAL PICTURES,
                                  INC.")

28

HAMRICK & EVANS, LLP

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE NO. 2**