# EXHIBIT "A"

3/6/08

ORIGINAL

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Max J. Sprecher, Esq., SBN: 169285<br>Law Offices of Max J. Sprecher<br>5850 Canoga Avenue, 4th Floor<br>Woodland Hills, CA 91367 | 818.996.2255 | **FILED**<br>LOS ANGELES SUPERIOR COURT<br><br>MAR 0 3 2008<br><br>JOHN A. CLARKE, CLERK<br>BY S. ALEXANDER, DEPUTY |
| ATTORNEY FOR (Name): Defendants | | |
| Insert name of court and name of judicial district and branch court, if any:<br>Los Angeles Superior Court, Central District, Stanley Mosk Courthouse | | |

PLAINTIFF/PETITIONER: Olga Levens and Jason Levens

DEFENDANT/RESPONDENT: Richard Rionda Del Castro, et al.

**REQUEST FOR DISMISSAL**
- [ ] Personal Injury, Property Damage, or Wrongful Death
  - [ ] Motor Vehicle  [ ] Other
- [ ] Family Law
- [ ] Eminent Domain
- [✓] Other (specify): Breach of Contract

CASE NUMBER: BC380149

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) [✓] With prejudice   (2) [ ] Without prejudice
   b. (1) [ ] Complaint   (2) [ ] Petition
      (3) [ ] Cross-complaint filed by (name):                         on (date):
      (4) [ ] Cross-complaint filed by (name):                         on (date):
      (5) [✓] Entire action of all parties and all causes of action
      (6) [ ] Other (specify):*

Date: February 22, 2008

Max J. Sprecher, Esq.
...........................................................
(TYPE OR PRINT NAME OF [✓] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

▶ (SIGNATURE)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
[ ] Plaintiff/Petitioner   [✓] Defendant/Respondent
[ ] Cross - complainant

2. **TO THE CLERK:** Consent to the above dismissal is hereby given.**
   Date: February 23, 2008

Richard L. Albert, Esq.
(TYPE OR PRINT NAME OF [✓] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

▶ (SIGNATURE)

** If a cross-complaint-or Response (Family Law) seeking affirmative relief -is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
[✓] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross - complainant

(To be completed by clerk)
3. [✓] Dismissal entered as requested on (date): MAR 0 3 2008
4. [ ] Dismissal entered on (date):                     as to only (name):
5. [ ] Dismissal **not entered** as requested for the following reasons (specify):

6. [ ] a. Attorney or party without attorney notified on (date):
       b. Attorney or party without attorney not notified. Filing party failed to provide
          [ ] a copy to conformed  [ ] means to return conformed copy

Date: MAR 0 3 2008          Clerk, by _____, Deputy

Page 1 of 1

Form Adopted for Mandatory use
Judicial Council of California
CIV-110 [Rev. January 1, 2007]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.;
Cal. Rules of Court, rule 3.1390
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

AFFIDAVIT AND DECLARATION OF PROOF OF SERVICE BY MAIL
(C.C.P. SECTIONS 1013a(3) and 2015.5)

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over eighteen years and not a party to the within action. My business address is 4605 Lankershim Boulevard, Suite 203, North Hollywood, CA 91602.

On February 25, 2008, I served the following document, described as:

**REQUEST FOR DISMISSAL**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

> Law Offices of Max J. Sprecher
> 5850 Canoga Avenue, 4th Floor
> Woodland Hills, CA 91367

[X]   BY MAIL    I caused such envelope(s) with postage thereon prepaid to be placed in the United States Mail at North Hollywood, California. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in affidavit.

[ ]   BY PERSONAL SERVICE
      I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 25, 2008, at North Hollywood, California.

_____
Richard L. Albert

---

Proof of Service