FRED NEUFELD, State Bar No. 150759
   fneufeld@sycr.com
STRADLING YOCCA CARLSON & RAUTH, P.C.
100 Wilshire Boulevard
Fourth Floor
Santa Monica, CA 90401
Telephone: (424) 214-7000
Facsimile: (424) 214-7010

JEREMY G. SUITER, State Bar No. 203853
   jsuiter@sycr.com
TRAVIS P. BRENNAN, State Bar No. 238119
   tbrennan@sycr.com
STRADLING YOCCA CARLSON & RAUTH, P.C.
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Facsimile: (949) 725-4100

Attorneys for IAN J. GAZES,
Chapter 11 Trustee for the
Bankruptcy Estate of
Defendant SONJA TREMONT-MORGAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| HANNIBAL PICTURES, INC. a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SONJA PRODUCTIONS, LLC, a Delaware limited liability company; SONJA TREMONT-MORGAN, an individual; JOHN ADAMS MORGAN, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV06-1814 WDK (VBKx)<br><br>**CHAPTER 11 TRUSTEE IAN J. GAZES'S NOTICE OF STATUS REPORT RE: COURT'S MINUTE ORDER OF NOVEMBER 18, 2013** |

1    Ian J. Gazes ("Trustee"), as chapter 11 trustee for the bankruptcy estate of defendant Sonja Tremont-Morgan ("Morgan"), hereby responds to the Court's minute order dated November 18, 2013, which directs defendant Sonja Productions, LLC "to retain new counsel or otherwise respond within fourteen (14) days."

   Trustee is informed and believes that Morgan is a member-manager of Sonja Productions, LLC, and that Sonja Productions, LLC is a Delaware limited liability company. Under Delaware law, Morgan's interest in Sonja Productions, LLC is part of Morgan's bankruptcy estate. *See* Del. Code Ann., tit. 6, § 18-701. Trustee is reviewing his rights with respect to Sonja Productions, LLC, including with respect to the engagement of counsel, and will report back to the Court shortly.

Dated: December 2, 2013

STRADLING YOCCA CARLSON & RAUTH
A Professional Corporation

By: /s/Travis P. Brennan

Travis P. Brennan
Attorneys for IAN J. GAZES, Chapter 11 Trustee for the Bankruptcy Estate of Defendant Sonja Tremont-Morgan

-1-
GAZES'S NOTICE OF STATUS REPORT RE: COURT'S NOVEMBER 18 ORDER

LITIOC/2085676v1/102915-0001