UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV06-01814-WDK(VBKx) | Date | December 3, 2013 |
|---|---|---|---|
| Title | Hannibal Pictures Inc. v. Sonja Productions LLC et al | | |

| Present: The Honorable | William D. Keller, United States District Judge | |
|---|---|---|
| Patricia Gomez | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |

**Proceedings:**          (IN CHAMBERS)


    Pursuant to the Court's own motion, Plaintiff's Motion to Correct Clerical Error in Party Identification in Judgment set for hearing on Monday, December 9, 2013 is taken off calendar. The Court will take the motion under submission and will schedule a hearing if necessary.

    IT IS SO ORDERED.

                                                                                        :
                                                        Initials of Preparer    PG