LEON J. GLADSTONE, ESQ. (SBN 70967)
Email: lgladstone@gladstonemichel.com
JASON WALLACH, ESQ. (SBN 75535)
Email: jwallach@gladstonemichel.com
GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC
4551 Glencoe Avenue, Suite 300
Marina del Rey, CA  90292-7925
Tel:  (310) 821-9000  •  Fax: (310) 775-8775

Attorneys for Lien Claimant STEELBRIDGE FINANCE, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNIBAL PICTURES, INC. | CASE NO. CV06-1814 WDK (VBKx) |
| Plaintiff, | **NOTICE OF ORDER EXTENDING LIEN AND LEVY OF ATTACHMENT** |
| vs. | |
| SONJA PRODUCTIONS, LLC, et al., | Date:        No Hearing Required |
| Defendants. | Time:<br>Ctrm: |

TO: PARTIES AND LIEN CLAIMANTS HEREIN AND THEIR COUNSEL:

Lien Claimant SteelBridge Finance, LLC, having previously filed a Notice of Lien herein on February 3, 2010 (Docket Nos. 239 and 241), and an Amended Notice of Lien on June 28, 2011 (Docket No. 260), now gives notice that the lien of attachment provided in the foregoing Notices, has been extended by order of the Superior Court of California, County of Los Angeles, in Case No. BC426636, to and including January 31, 2015. A true copy of such Order is attached hereto as Exhibit A.

DATED: December 26, 2013

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

BY: /s/ Jason Wallach
LEON J. GLADSTONE
JASON WALLACH
Attorneys for Lien Claimant
STEELBRIDGE FINANCE, LLC

**EXHIBIT A**

ORIGINAL

FILED
Superior Court of California
County of Los Angeles
DEC 17 2013
Sherri R. Carter, Executive Officer/Clerk
By_____ Deputy
Twyla Freeman

REC'D
DEC 09 2013
FILING WINDOW

1  LEON J. GLADSTONE (SBN 70967)
   lgladstone@gladstonemichel.com
2  MICHAEL J. AIKEN (SBN 98786)
   maiken@gladstonemichel.com
3  JASON WALLACH (SBN 75535)
   jwallach@gladstonemichel.com
4  GLADSTONE MICHEL
   WEISBERG WILLNER & SLOANE, ALC
5  4551 Glencoe Avenue, Suite 300
    Marina del Rey, CA  90292-7925
6  Tel: (310) 821-9000 • Fax: (310) 775-8775

7  Attorneys for Plaintiff and Cross-Defendant
   STEELBRIDGE FINANCE, LLC

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES - CENTRAL DISTRICT

| | |
|---|---|
| STEELBRIDGE FINANCE, LLC, a limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>HANNIBAL, INC., a corporation, d/b/a Hannibal Pictures and d/b/a Hannibal Pictures, Inc.; HANNIBAL PICTURES, INC., an unknown business entity, d/b/a Hannibal Pictures; GIALLO PRODUCTIONS LIMITED, a corporation; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | Case No.: BC 426636<br><br>Dept.: 16<br>Judge: Hon. Rita Miller<br><br>[~~PROPOSED~~] ORDER EXTENDING LIEN AND LEVY OF ATTACHMENT<br><br>Trial Date: vacated |

The parties having stipulated, and good cause having been shown,

IT IS HEREBY ORDERED that

1.  The stipulation is in lieu of a motion pursuant to CCP 488.510(b).

2.  Defendant Hannibal having waived notice of motion pursuant to CCP 488.410(b), notice is sufficient.

3.  Good cause exists for the extension of the Lien of Attachment.

---

56449 20131203 [Proposed] Order re Extension of Att.doc  1
[PROPOSED] ORDER EXTENDING LIEN AND LEVY OF ATTACHMENT

EXHIBIT A
PAGE 3

4. The Lien of Attachment shall be extended for a period of one year, pursuant to CCP 488.510(b), to and including January 31, 2015.

5. Notwithstanding CCP 488.510(c), a copy of the Order resulting from this stipulation may be filed by counsel for SteelBridge, or a levying officer, in the Morgan Action (United States District Court, Case No. CV06-1814-WDK), but such filing or non-filing shall not affect the extension of the Lien of Attachment.

6. The Lien of Attachment may be further extended by a motion, order or stipulation pursuant to CCP 488.510(d).

7. SteelBridge's counsel shall give notice and a copy of this Order to Hannibal's counsel.

Dated: December 17, 2013

_____
for Hon. Rita Miller
Judge of the Los Angeles Superior Court

[signed: Judge Joseph R. Kalin]

GLADSTONE MICHEL WEISBERG WILLNER & SLOANE, ALC
P.O. Box 92621
Los Angeles, CA 90009-9998

56449 20131203 [Proposed] Order re Extension of Att.doc    2
[PROPOSED] ORDER EXTENDING LIEN AND LEVY OF ATTACHMENT

EXHIBIT A
PAGE 4

# AFFIDAVIT AND DECLARATION OF PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within action. I am employed by Gladstone Michel Weisberg Willner & Sloane, ALC, whose business address is: 4551 Glencoe Avenue, Suite 300, Marina del Rey, California 90292 ("the firm").

On December 6, 2013, I served the within document(s) described as: **[PROPOSED] ORDER EXTENDING LIEN AND LEVY OF ATTACHMENT** on the interested parties in this action:

☒ by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed envelope(s)
☒ addressed as follows: ☐ addressed as stated on the attached mailing list.

> A. Raymond Hamrick, III, Esq..
> Kenneth A. Kotarski, Esq.
> HAMRICK & EVANS, LLP
> 111 Universal Hollywood Drive, Suite 2220
> Universal City, CA 91608

☒ **BY MAIL** (C.C.P. § 1013(a))–I deposited such envelope(s) for processing in the mail room in our offices. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Marina del Rey, California, in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☒ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☐ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 6, 2013, at Marina del Rey, California.

*/s/ Elaine Miyashiro*
ELAINE MIYASHIRO

56449 POS mail.docx                    1

# CERTIFICATE OF SERVICE

I hereby certify that on **December 27, 2013**, a copy of the following document was filed electronically: **NOTICE OF ORDER EXTENDING LIEN AND LEVY OF ATTACHMENT**

Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System:

A. Raymond Hamrick, III, Esq.
Martin J. Barab, Esq.
David Lowell Evans, Esq.
HAMRICK & EVANS, LLP
111 Universal Hollywood Drive, Suite 2200
Universal City, CA 91608
Email: array@hamricklaw.com
*Attorneys for Plaintiff Hannibal Pictures, Inc.*

Mary H. Haas, Esq.
DAVIS WRIGHT TREMAINE, LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017
Email: maryhass@dwt.com
*Attorneys for Defendants Sonja Productions, LLC and Sonja Tremont-Morgan*

Fred Neufeld, Esq.
STRADLING YOCCA CARLSON AND RAUTH PC
100 Wilshire Blvd., 4th Floor
Santa Monica, CA 90401
Email: fneufeld@sycr.com
*Attorneys for Defendant Ian J. Gazes*

Juan P. Morillo, Esq.
CLIFFORD CHANCE US LLP
2001 K Street NW
Washington, DC 20006
Email: juan.morillo@CliffordChance.com
*Attorneys for Defendant Sonja Tremont-Morgan*

DATED: December 27, 2013

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

By: /s/ Jason Wallach
JASON WALLACH

Attorneys for Lien Claimant
STEELBRIDGE FINANCE, LLC
E-Mail: jwallach@gladstonemichel.com

56449 20131226 Ntc of Lien Extension.doc

3

# AFFIDAVIT AND DECLARATION OF PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within action. I am employed by Gladstone Michel Weisberg Willner & Sloane, ALC, whose business address is: 4551 Glencoe Avenue, Suite 300, Marina del Rey, California 90292 ("the firm").

On December 27, 2013, I served the within document(s) described as: **NOTICE OF ORDER EXTENDING LIEN AND LEVY OF ATTACHMENT** on the interested parties in this action:

☒ by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed envelope(s)
☒ addressed as follows: ☐ addressed as stated on the attached mailing list.

Kevin J. Nash, Esq.
GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
1501 Broadway, 22nd Floor
New York, NY 10036

Robert N. Michaelson, Esq.
THE MICHAELSON LAW FIRM
11 Broadway, Suite 615
New York, NY 10004

Ian J. Gazes, Trustee
GAZES LLC
151 Hudson Street
New York, NY 10173

☒ **BY MAIL**(C.C.P. § 1013(a))–I deposited such envelope(s) for processing in the mail room in our offices. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Marina del Rey, California, in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 27, 2013, at Marina del Rey, California.

*Elaine Miyashiro*
ELAINE MIYASHIRO