UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV06-01814-WDK | Date | January 7, 2013 |
|---|---|---|---|
| Title | Hannibal Pictures, Inc. v. Sonja Productions, LLC, et al. | | |

| Present: The Honorable | William D. Keller, United States District Court Judge |
|---|---|

| Patricia Gomez | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) **Court Grants Plaintiff's Motion to Correct Judgment** (#269)

   The Court has reviewed the pleadings and concludes that the pre-trial conference order of Judge King [Docket No. 128] controls the proceedings pursuant to Rule 16(d) of the Federal Rules of Civil Procedure.  Therein, Judge King identifies the plaintiff as "Hannibal, Inc. dba Hannibal Pictures."  Rule 16(d), pertaining to pretrial orders, states, "[a]fter any conference under this rule, the court should issue an order reciting the action taken.  This order controls the course of the action unless the court modifies it."  Fed. R. Civ. P. 16(d); *see also Accord Nw. Acceptance Corp. v. Lynwood Equip., Inc.,* 841 F.2d 918, 924 (9th Cir. 1988).  The failure of the clerk and the parties to enter the correct name in the judgment is not determinative.  The judgment should now reflect the actual plaintiff and real party in interest, "Hannibal Inc., dba Hannibal Pictures."  In all other respects, the judgment will stay the same.  Accordingly, the motion to correct judgment is granted.

   IT IS SO ORDERED.

                                                                                                                        :
                                                            Initials of Preparer    PG