FRED NEUFELD, State Bar No. 150759
   fneufeld@sycr.com
STRADLING YOCCA CARLSON & RAUTH, P.C.
100 Wilshire Boulevard
Fourth Floor
Santa Monica, CA 90401
Telephone: (424) 214-7000
Facsimile: (424) 214-7010

JEREMY G. SUITER, State Bar No. 203853
   jsuiter@sycr.com
TRAVIS P. BRENNAN, State Bar No. 238119
   tbrennan@sycr.com
STRADLING YOCCA CARLSON & RAUTH, P.C.
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Facsimile: (949) 725-4100

Attorneys for IAN J. GAZES,
Chapter 11 Trustee for the
Bankruptcy Estate of
Defendant SONJA TREMONT-MORGAN

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| HANNIBAL PICTURES, INC., a California corporation,<br><br>            Plaintiff,<br><br>   v.<br><br>SONJA PRODUCTIONS, LLC, a Delaware limited liability company; SONJA TREMONT-MORGAN, an individual; JOHN ADAMS MORGAN, an individual; and DOES 1 through 10, inclusive,<br><br>            Defendants. | CASE NO. CV06-1814 WDK (VBKx)<br><br>**CHAPTER 11 TRUSTEE IAN J. GAZES'S REPRESENTATION STATEMENT**<br><br>**[Ninth Circuit Rule 3-2]** |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

EXHIBIT 2
PAGE 3

LITIOC/2088738v2/102915-0001

The undersigned represents IAN J. GAZES, Chapter 11 Trustee for the Bankruptcy Estate of Defendant Sonja Tremont-Morgan.

Pursuant to Ninth Circuit Rule 3-2, the following is the identity of all parties to this action and the names, addresses and telephone numbers of their respective counsel of record in the district court, if any:

| | |
|---|---|
| Plaintiff/Counter Defendant Hannibal Pictures Inc., a California corporation | Alpheus Raymond Hamrick, III<br>David Lowell Evans<br>Martin J. Barab<br>Hamrick and Evans LLP<br>111 Universal Hollywood Drive, Ste. 2200<br>Universal City, CA 91608<br>(818) 763-5292 |
| Defendant Sonja Tremont-Morgan, an individual | Juan P. Morillo<br>Clifford Chance US LLP<br>2001 K Street NW<br>Washington, DC 20006<br>(202) 912-5000 |
| Defendant/Counter Claimant Sonja Productions LLC a Delaware limited liability company | |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

LITIOC/2088738v2/102915-0001

-1-

EXHIBIT 2
PAGE 4

| | |
|---|---|
| Ian J. Gazes, Chapter 11 Trustee for the Bankruptcy Estate of Defendant Sonja Tremont-Morgan | Fred Neufeld<br>STRADLING YOCCA CARLSON & RAUTH, P.C.<br>100 Wilshire Boulevard, Fourth Floor<br>Santa Monica, CA 90401<br>(424) 214-7000<br><br>Jeremy G. Suiter<br>Travis P. Brennan<br>STRADLING YOCCA CARLSON & RAUTH, P.C.<br>660 Newport Center Drive, Suite 1600<br>Newport Beach, CA 92660-6422<br>(949) 725-4000 |
| Creditor Quinn Emanuel Urquhart Oliver & Hedges LLP | |
| Creditor SteelBridge Finance LLC | Jason David Wallach<br>Leon Joel Gladstone<br>Gladstone Michel Weisberg Willner & Sloane, ALC<br>4551 Glencoe Ave., Suite 300<br>Marina del Rey, CA 90292-7925<br>(310) 821-9000 |

Dated: February 6, 2014

STRADLING YOCCA CARLSON & RAUTH, P.C.

By: /s/Travis P. Brennan
    Travis P. Brennan
Attorneys for IAN J. GAZES, Chapter 11 Trustee for the Bankrupty Estate of Defendant Sonja Tremont-Morgan

STRADLING YOCCA CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-

EXHIBIT 2
PAGE 5

LITIOC/2088738v2/102915-0001