**FILED**

MAR 14 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| HANNIBAL PICTURES, INC., a California corporation,<br><br>    Plaintiff-counter-defendant - Appellee,<br><br>  v.<br><br>SONJA TREMONT-MORGAN, an individual and SONJA PRODUCTIONS LLC, a Delaware limited liability company,<br><br>    Defendants,<br><br>  And<br><br>IAN J. GAZES, Chapter 11 Trustee for the Bankruptcy Estate of Defendant Sonja Tremont-Morgan,<br><br>    Defendant - Appellant. | No. 14-55218<br><br>D.C. No. 2:06-cv-01814-WDK-VBK<br>Central District of California, Los Angeles<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT

3/14/2014

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DLM_____ DEPUTY

   The parties' stipulation to voluntary dismissal of this appeal is granted. Petitioner's motion for voluntary dismissal of this case is granted. This case is dismissed pursuant to Federal Rule of Appellate Procedure 42(b).

   A copy of this order sent to the district court shall act as and for the mandate of this court.

   Each party is bear its own cost to the appeal.

Lking/3.10.14/Pro Mo

For the Court:

MOLLY C. DWYER
Clerk of the Court

Linda K. King
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
   and Ninth Circuit Rule 27-10

Lking/3.10.14/Pro Mo